Clint Schuler
Plezana Schuler
7907 E Portobello Ave
Mesa AZ 85212
480-721-9023
schulerclint@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHANDLER HARPER, RANDEE HARVEL, and NAN HARVEL<br><br>                        Plaintiff,<br><br>vs.<br><br>CLINT P. SCHULER and PLEZANA S SCHULER, husband and wife,<br><br>               Defendants, | (CHAPTER 7)<br>CASE # 2:23-bk-07344-DPC<br>CASE # 2:24-AP-00011-DPC<br><br><br><br>**MOTION FOR SUMMARY JUDGMENT** |

### MOTION FOR SUMMARY JUDGEMENT TO DISMISS ADVERSARY COMPLAINT WITH PREJUDICE
### AND
### MEMORANDUM OF POINTS AND AUTHORITIES TO SUPPORT

Comes now, Clint Schuler and Plezana Schuler, debtor/defendants, appearing in Pro Per

to move this Honorable court to dismiss Plaintiff's adversary complaint with prejudice in it's

entirety for failure to state a claim for relief, pursuant to Rule F.R.Civ.P. Rule 41(b), F.R.Civ.P.

Rule 56.

## FACTS AND BACKGROUND

1. Clint Schuler, (CLINT), individual debtor, filed a chapter 7 bankruptcy petition on October 13th, 2023 and an order for relief has been entered.

2. Plezana Schuler (PLEZANA), Clint's wife, did not file chapter 7 bankruptcy.

3. PLEZANA is a nondebtor.

4. Plaintiffs CHANDLER HARPER AND RANDEE HARVEL AND NAN HARVEL (HARPER, et al) filed adversary action in this matter October 19th, 2024, in complaint to determine dischargeability of debt under 11 U.S.C. § 523(a)(2)(A), alleging 'debtors Clint Schuler AND Plezana Schuler (defendants) defrauded them.

5. Plaintiff Chandler Harper is a practicing, licensed, attorney at law.

6. Plezana Schuler is not a debtor as defined in the US bankruptcy code and is not under protection of stay.

7. Plaintiffs' complaint states in paragraph 1, on page 1,

    a. *"Plaintiffs Chandler Harper ("Harper"), Randee Harvel ("Harvel"), and Nan Rachelle Harvel ("Nan Harvel") (collectively "Plaintiffs"), by and through undersigned counsel, for its Complaint against Debtors Clint P. Schuler and Plezana S. Schuler husband and wife, hereby states as follows:"*

8. In ¶6 of plaintiffs' complaint, plaintiffs falsely state:

    a. *Upon information and belief, Defendants Clint Schuler and Plezana*

Schuler (*"SCHULER"*) are husband and wife and at all relevant times acted on behalf of the marital community *and* as controlling owners and sole members of PSSC and GENTRY.

9. PLEZANA, is not a part of, or member, or officer, of CLINT's businesses (PSSC COMPANIES LLC or GENTRY ESTATES LLC) and has never helped manage these businesses with CLINT.

10. As represented in GENTRY ESTATES LLC articles or amendment in Arizona state public record, as recorded by the AZ Corporation Commission on December 08, 2014, PLEZANA was publicly removed as a member of GENTRY ESTATES LLC. (*see def's exhibit A, page 1*)

11. Plaintiff's provide no evidence to support their claims that PLEZANA is a controlling owner or sole member of CLINT's businesses as alleged.

12. Plaintiffs falsely refer to PLEZANA, as 'debtor SCHULER', in their complaint allegations.

13. PLEZANA is a licensed realtor with Berkshire Hathaway in Arizona.

14. PLEZANA has never met or talked with HARPER et al, any of them.

15. PLEZANA did not manage or otherwise engage in Clint Schuler's business' contract with HARPER et al, in any way.

16. Plaintiffs complaint states no fact and provides no evidence plaintiffs engaged PLEZANA in any way, or paid her monies, or otherwise interacted with her, which would support their claim she managed the contracting business with CLINT.

17. At all times relevant in plaintiff's complaint, GENTRY ESTATES LLC, was a

duly authorized Arizona business and a licensed contractor in Arizona, and plaintiff's exhibit A (contract agreement) reflects plaintiffs contracted with GENTRY ESTATES LLC to remodel their Fountain Hills, AZ home.

18. CLINT signed exhibit A, (the contract) with HARPER et al, as 'contractor' (which term is more specifically defined in A.R.S. 33-1002), for GENTRY ESTATES LLC, the Arizona company.

19. The parties who signed the contract agreement are Randee Harvel and Chandler Harper and Gentry Estates LLC.

20. Chandler Harper and Randee Harvel signed the contract representing themselves as 'Owner/Client'.

21. Plaintiffs in complaint admit Chandler Harper, in fact, is not an owner in title of the subject property, even though he represented himself as owner.

22. Progress payments were to be made to the contractor pursuant to the agreement. (see plaintiff's exhibit B, agreements/invoices, page 35 of 40, signed by Chandler Harper and Randee Harvel, dated 06/22/2022, outlining the payment schedule terms (7 payments) as referenced in the agreement)

23. Plaintiffs did not make all progress payments outlined in the signed agreement(s).

24. Due to the fact plaintiffs did not make all (7) progress payment as agreed, GENTRY ESTATES LLC instructed their provider Titan Lien Company to file a mechanics lien on the property thought to be owned by Chandler Harper and Randee Harvel and Nan Harvel, which mechanics lien was filed May 26th, 2023.

25. Plaintiffs exhibit B reflects Randi Senseman, employee of Gentry Estates LLC authorized the recording of the GENTRY ESTATES mechanics lien, via Titan

lien company.

26. CLINT did not record a lien against the real property owned by Nan Harvel and Randee Harvel.

27. CLINT at all times relevant believed Chandler Harper was an owner of the property referenced in the agreement(s) between the parties and relied on this representation made by Chandler Harper and Randee Harvel.

28. Chandler Harper (or Randee Harvel) did not divulge the fact he was not an owner of the real property, as stated in the agreement between the parties, at the time the agreements were executed, or thereafter during the construction project.

29. Once the lien was recorded by Titan Lien for GENTRY, lien holder did not move to perfect the mechanics lien or foreclose the real property in litigation.

30. GENTRY ESTATES did not file suit in Superior Court to foreclose it's mechanics lien as required by Arizona Statute Article 33.

31. Clint Schuler recently offered, via email to counsel, to provide HARPER with a release for the GENTRY ESTATES mechanics lien, and HARPER et al did not respond. (see attached def's exhibit B ).

32. A.R.S. 33-998 provides a limitation of time to perfect and foreclose a mechanic lien in Arizona, which limitation is 6 months after recording notice of lien.

33. A.R.S. 33-1004 provides for a discharge of lien if the lien claimant does not commence a suit within the time allowed pursuant to section 33-998.

34. Since GENTRY ESTATES did not move forward to perfect and foreclose its mechanics lien as required by statute, the lien claim is automatically discharged by law.

35. Plaintiff(s) interests in the real property have not been affected and have not been damaged by GENTRY ESTATES' mechanics lien.

36. Plaintiffs, without providing evidence or accounting of payments they allegedly made to contractor, or other fact(s) to support their claims, wrongfully allege in ¶'s 21-22, that GENTRY ESTATES wrongfully and with malicious intent caused a groundless mechanics lien to be recorded on the real property owned by Nan Harvel and Randee Harvel.

37. GENTRY ESTATES provide an accounting statement to HARPER et al and to TITAN Lien company prior to Titan Lien recording the mechanics lien. *(see def's exhibit D, cost accounting statement, attached hereto)*

38. Clint Schuler, individually, filed suit against HARPER et al in Maricopa County Superior Court, case # CV2023-092448, on 05/26/23 in order to collect his 10% contractor fee, pursuant to agreement(s) with HARPER.

39. HARPER et al initially responded to CLINT's Superior Court amended lawsuit in a MOTION TO DISMISS for failure to state a claim for relief pursuant to A.R.Civ.P. Rule 12(b)(6), claiming CLINT, individually, was NOT a Party to the contract agreements or a valid party in interest, due to the fact HARPER contracted with GENTRY ESTATES and due to this fact as alleged, CLINT lacked standing to sue or move forward to prosecute his claims. (*See paragraph 1, page 1, HARPER MTD, Defendants' Exhibit C, attached hereto*).

40. HARPER in their adversary complaint in this matter now claim CLINT SCHULER, is an 'interested party' and without providing particular supporting facts, is liable to Plaintiffs for fraud, and not only CLINT, but defendant

PLEZANA SCHULER, as well.

41. Plaintiffs in ¶4 of complaint in this adversary action, falsely allege CLINT's businesses PSSC COMPANIES LLC and GENTRY ESTATES are unregistered businesses managed by him and his family. (see Debtor/defendant *Exhibit A* (attached), evidence reflecting Clint's duly authorized businesses.)

42. Plaintiffs allege in complaint ¶13 they over paid debtor/defendant(s) but Plaintiffs provide no evidence to the court of any payments they allegedly made to contractor, much less what payments they allegedly made that they 'overpaid'.

43. Plaintiffs allege in complaint ¶14 and ¶15, contractor's abandonment and a breach of contract, for failing to ensure construction work was performed in a workmanlike manner, but plaintiffs do not state what particular work was allegedly abandoned and or allegedly performed.

44. Plaintiffs have never filed a complaint with the Arizona Registrar of Contractors for non-workmanlike work or abandonment claim against GENTRY ESTATES.

45. Plaintiffs in ¶27 reallege payments they made pursuant to the agreement were wrongfully diverted construction trust funds yet they provide no evidence of the particular trust funds that were allegedly wrongfully diverted.

46. Plaintiffs allege in ¶'s 28-32, 'upon information and belief', debtor SCHULER, including Plezana Schuler (a non-debtor), intentionally and wrongfully commingled project funds with other business and personal accounts to benefit themselves personally, but plaintiffs provide no particular evidence or fact(s) to support their allegations.

47. Plaintiffs allege in ¶33, upon information and belief, Debtor SCHULER, (again

including non-debtor Plezana Schuler) fraudulently utilized funds paid by plaintiffs to render the contract parties insolvent, yet plaintiffs provide no particular evidence or fact(s) to support their allegations of fraud against Clint Schuler or Plezana Schuler.

48. Plaintiffs allege in ¶34, upon information and belief, the business was inadequately capitalized at all relevant times, without including supporting evidence or facts to substantiate their allegation.

49. Plaintiffs' ¶37 in 'First Claim for Relief', restate 11 U.S.C. §523(a)(2) language and allege in ¶38, "numerous instances" debtor SCHULER made false representations which constitute common law fraud and promissory fraud in Arizona.

50. Plaintiffs do not state particular conduct of Clint Schuler or Plezana Schuler which they allege are 'false representations' and do not provide supporting facts surrounding the alleged 'false representations' (referenced in ¶38).

51. Plaintiffs do not state particular facts surrounding when, or how, the allegedly false representations were made, neither do plaintiffs state whom made the false representations other than generic statements referring to 'debtor SCHULER'.

52. Plaintiffs do not claim any specific damages in their complaint related to any alleged subcontractor or materialman not being paid by GENTRY.

53. Plaintiffs' complaint does not include any fact or evidence supporting their allegation that plaintiffs paid contract monies to GENTRY and subsequently paid additional monies to subcontractors or materialmen for work which was the responsibility of GENTRY under to the contract.

## LAW AND ARGUMENT AND AUTHORITY IN SUPPORT OF DISMISSAL OF
## PLAINTIFFS' ADVERSARY COMPLAINT

**Federal Rules of Civil Procedure, Rule 8(a)** requires that a pleading which states a claim for relief must contain a short and plain statement of the claim showing that the pleader is entitled to relief.

> Fed. R. Civ. P. 8 ("**(a)** CLAIM FOR RELIEF. A pleading that states a claim for relief must contain: **(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;**(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and**(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.")

Plaintiffs HARPER (including licensed attorney Chandler Harper), with intent to harass and delay proceedings, brought an unsupported baseless adversary action in the United States Bankruptcy court against debtor CLINT SCHULER and his nondebtor spouse PLEZANA SCHULER. Plaintiffs' complaint is starved of sufficient factual detail to properly allege their claims for relief and damages. Plaintiffs' complaint allegations are not based upon facts as alleged in complaint but rather are based on plaintiffs' conclusory statements, which are false or completely baseless. Further, plaintiffs, with specific malicious intent, make conclusory statements without factual foundation in order to harm Plezana Schuler (nondebtor) to move the court unlawfully to except personal property and the community property from discharge.

Plaintiffs' complaint and its conclusory statements provide no factual evidence of actual

damages to plaintiffs other than attorney fees to file a fruitless action and waste the defendants and Court's time and resources and therefore, plaintiffs' general statements do not support plaintiffs' claims for relief.

In summary, plaintiffs pleading, in it's entirety, is deficient and does not state a claim for which relief can be granted.

And of equal importance, the intent of plaintiffs' complaint is malicious in that it is devoid of facts of claims against PLEZANA Schuler (nondebtor), whom plaintiffs falsely refer to as a 'debtor', with intent to except discharge in Clint Schuler's individual bankruptcy case. Without foundation for conclusory claims, the plaintiffs intent is to saddle PLEZANA with a fraud and ultimately collect on the community property of the Schuler's in the future. Plaintiffs complaint merely makes a general allegation PLEZANA is a business partner with Clint Schuler and therefore liable to plaintiffs for fraud. The true facts (as evidenced in def's exhbits) are PLEZANA is a nondebtor and a disinterested party, with no relation to Clint Schuler's business(es) and should not be identified as debtor defendant in this action. PLEZANA is not a licensed contractor as defined and described in A.R.S. 32-1101 and cannot be liable for fraud as plaintiffs allege in false or frivolous mechanics lien recording, or in an alleged breach of duty to Plaintiffs, pursuant to A.R.S. 11-3005.

Further, PLEZANA is outside the jurisdiction of the court since she is not a debtor and therefore is not protected by stay, pursuant to Chapter 7 bankruptcy code applying to the petition of Clint Schuler. It is improper for plaintiffs to sue a nondebtor spouse in a bankruptcy adversary proceeding when they have no direct involvement with the debt allegedly owed. PLEZANA did not contract with plaintiffs and did not sign any agreement or guarantee related to the alleged debt owed to plaintiffs.

A.R.S. §25-214 states in part:

> 25-214. <u>Management and control</u>
>> C. Either spouse separately may acquire, manage, control or dispose of community property or bind the community, except that joinder of both spouses is required in any of the following cases:
>> 2. Any transaction of guaranty, indemnity or suretyship.

A.R.S. §25-215 states in part:

> 25-215. <u>Liability of community property and separate property for community and separate debts</u>
>> A. The separate property of a spouse shall not be liable for the separate debts or obligations of the other spouse, absent agreement of the property owner to the contrary.

Plaintiffs are aware, and their lack of facts in complaint, along with defendants' exhibits, further evidence that Plezana Schuler is not involved in Clint Schuler's businesses in any way.

Plaintiffs' intent is to confuse the court in their complaint wrongfully naming Plezana Schuler as 'debtor' defendant and hinder justice in this matter and cause undue delay in the bankruptcy proceedings of Clint Schuler.

Plaintiff Chandler Harper is an attorney and intentionally chose to engage in false and frivolous, malicious litigation against defendants SCHULER.

Plaintiffs' conclusory statements in complaint against 'debtor SCHULER' (including Plezana Schuler) constitutes harassment and have caused her emotional and financial stress, caused her undue expense, and unlawfully caused delay in Clint's chapter 7 bankruptcy proceeding and their baseless claims should be subject to sanction and further action by PLEZANA in order to pursue damages, caused by plaintiffs, in Superior Court.

Further precedent establishes:

> "When a creditor asserts a claim against a debtor for nondischargeability under §
> 523, it is not necessary to name the non-filing "innocent spouse" or seek separate
> relief from the community property discharge because, pursuant to § 524(a)(3), a
> community claim excepted from discharge under § 523 is automatically excepted
> from the community property discharge". *See Case v. Maready (In re Maready),*
> *122 B.R. 378, 381-82 (9th Cir. BAP 1991) (holding that plaintiff is not required to*
> *allege and prove that a debt is community claim under § 523 or give the innocent*
> *spouse notice of the nondischargeability proceeding).* Whether the claim is a
> community claim, and whether it can be collected from community property, can
> be determined at the time of collection. Id.

Also established in fact, Plaintiffs at this time in proceeding, are legally barred from
pursuing claims against non-debtor Plezana Schuler.

Plaintiffs' complaint, prayer for relief in adversary proceeding, is prefaced on Bankruptcy
Code 11 USC §523(a)(6), §523(a)(4), §523(a)(2)(A).   Plaintiffs' complaint is wrongful against
PLEZANA in that it ignores relevant and applicable Bankruptcy Code and the established rules
for correct process in claiming against non-debtor spouse.

> The Rules do not expressly provide the procedure for asserting hypothetical
> nondischargeability or objections to discharge under § 524. But, pursuant to §
> 524(a)(3), hypothetical nondischargeabilty based on a nondebtor's conduct must
> be "determined in accordance with the provisions of §§ 523(c) and 523(d)."
> Section 523(c) requires creditors with notice of the case to affirmatively seek a
> nondischargeability determination of claims asserted under §§ 523(a)(2), (4) or
> (6), or have those claims discharged. And Rule 4007(c) provides that a complaint
> under § 523(c) must be filed within 60 days of the meeting of creditors.

*United States Bankruptcy Appellate Panel, Ninth Circuit, In re Lockhart-Johnson*
*Decided Jul 28, 2021, BAP CC-20-1161-GKT Bk. 2:20-bk-10969-BB*
*07-28-2021*

Plaintiffs did not assert claims in this adversary action under 11 USC §§ 523(c) or 523(d) and Rule 4007(c) expressly states, creditors claims against a nondebtor (PLEZANA) must be filed within 60 days. Plaintiffs cannot simply claim PLEZANA is a 'debtor' to by pass Rule 4007(c). The reason plaintiffs did not file proper claim per applicable U.S.C. §524(a)(3) and §523(c) is they cannot establish facts of alleged conduct for Plezana Schuler to support such a claim for nondischargeability. Instead, plaintiffs chose an inapplicable rule to pursue a nondebtor in a frivolous adversary action. Plaintiffs' claims against PLEZANA are barred as a matter of law.

In further continuing argument of Plaintiffs' conclusory claims against debtor CLINT SCHULER,

> "Normally, exceptions to discharge [are to] be narrowly construed against the creditor and liberally against the debtor, thus effectuating the fresh start policy of the Code."[80] Merchants National Bank of Winona v. Moen (In re Moen), 238 B.R. 785, 790 (B.A.P. 8th Cir. 1999) (citation omitted).

> "However, the Bankruptcy Code has long prohibited debtors from discharging liabilities incurred on account of their fraud, embodying a basic policy animating the Code of affording relief only to an 'honest but unfortunate debtor.'' *Cohen v. de la Cruz, 523 U.S. 213, 118 S.Ct. 1212, 1216, 140 L.Ed.2d 341 (1998).*

Plaintiffs, in this adversary action seek to recover under § 523(a)(2)(A); the plaintiffs must prove by a preponderance of evidence that debtor CLINT SCHULER acted against them with fraudulent intent and caused them damages.

11 U.S.C. § 523(a)(2) states that a discharge of a debtor does not affect a debt:

(2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by—

(A) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition;

To prevail under § 523(a)(2)(A) a creditor must prove a false pretense, misrepresentation, or actual fraud by a preponderance of the evidence. *Grogan v. Garner, 498 U.S. 279, 111 S.Ct. 654, 112 L.Ed.2d 75 (1991).*

A claim of false pretense or misrepresentation consists of the following elements:

(1) That the debtor made a false representation; (2) that at the time the debtor knew the representation was false; (3) that the debtor made the representation deliberately and intentionally with the intention and purpose of deceiving the creditor; (4) that the creditor justifiably relied on such representation; and (5) that the creditor sustained the alleged loss and damage as the proximate result of the representation having been made. *Merchants, 238 B.R. at 790; In re Ophaug, 827 F.2d 340 (8th Cir. 1987), as supplemented by Field v. Mans, 516 U.S. 59, 116 S.Ct. 437, 133 L.Ed.2d 351 (1995).*

*Rennaker v. Davis (In re Davis)*, No. 20-40679-MXM-7, 19 (Bankr. N.D. Tex. Nov. 9, 2021) ("False pretenses and a false representation requires the creditor to prove (i) the existence of a knowing and fraudulent falsehood, (ii) that the fraudulent falsehood described past or current facts, and (iii) that the creditor justifiably relied upon the fraudulent falsehood. False pretenses and a false representation have statements that falsely depict *current or past fact*")

Actual fraud under 11 U.S.C. §523(a)(2) is construed somewhat differently than false pretenses or misrepresentation:

Actual fraud, by definition, consists of any deceit, artifice, trick or design involving direct and active operation of the mind, used to circumvent and cheat another-- something said, done or omitted with the design of perpetrating what is known to be a cheat or deception. *(citing RecoverEdge L.P. v. Pentecost, 44 F.3d 1284, 1293 (5th Cir. 1995) and Collier § 523.08[5]); see also In re Stentz, 197 B.R. 966, 981 (Bankr. D. Neb. 1996).*

Plaintiffs' complaint includes no particular facts alleging debtor SCHULER's specific intentional actions to trick or deceive them; or alleged facts related to SCHULER's state of mind at particular times or in certain circumstances, with them, acted on under false pretense(s); or alleged facts of debtor SCHULER's intentional misrepresentations at particular times or in particular conduct with intent to harm or defraud them.

*F.R.Civ.P Rule 9(b) states:*

> *Fraud or Mistake; Conditions of Mind. In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake.*

**Federal Rules of Civil Procedure 9(b)** requires allegations of fraud be plead with particularity and while Federal Rule of Civil Procedure Rule 8(a)(2) (referenced earlier, above) requires only a short and plain statement of the claim showing that the pleader is entitled to relief,

> *the "short and plain statement" must give the defendant "fair notice of what the plaintiff's claim is and the grounds upon which it rests," Conley v. Gibson, 355 U.S. 41,47*

According to either Rule 8 or 9, Plaintiffs have failed to state a claim for which relief can be granted by this Court. Plaintiffs do not effectively claim the elements of fraud in detailing the who, what, when, where, and how of the alleged fraud of SCHULER.

Plaintiffs claims against SCHULER are merely conclusory statements.

Plaintiffs' complaint aside from all other issues previously argued, unsuccessfully attempts to rely on an false allegation that debtor/defendant Clint Schuler, maliciously and with fraudulent intent, filed a mechanics lien on their real property causing them damages. Contradictorily, plaintiffs exhibit B, instead reflects the truth of the lien filing by contractor GENTRY ESTATES LLC (not Clint Schuler individually).   The exhibit reflects Randi Senseman signed the affidavit for the lien recording after describing non-payment by Plaintiffs for monies owed on the building contract agreement with GENTRY ESTATES.   Plaintiffs' facts and evidence do not support that Clint Schuler intentionally, with malicious intent, filed a false and frivolous lien on the real property of plaintiffs in order to cause them damages.   An Arizona contractor (GENTRY ESTATES LLC, in this case) has a right to file a mechanics lien pursuant to law (ARS §33-993) and the fact the lien was filed by Randi Senseman (construction coordinator for GENTRY) does not in itself meet the requirements by statute to evidence malice or fraud by debtor SCHULER, as Plaintiffs allege.

Plaintiffs' other contentious claim unsuccessfully alleges debtor/defendant Clint Schuler and Plezana Schuler are (somehow) liable for a diversion of plaintiff's monies paid to GENTRY ESTATES violating A.R.S. 33-1005, without any particular supporting facts for their allegation.

With no particular mention of SCHULER defendants, Plaintiffs in ¶18 state generally 'PSSC and GENTRY wrongfully diverted plaintiff's monies…'.

Further, plaintiffs in ¶19 generally claim unsupported 'damages' due to defendants 'violations'.   The trier of fact can only wonder what 'damages' and 'violations' the plaintiffs are referring to.   The defendants have a right to notice of the claims and the grounds for the claims made against him. *Id. Conley v. Gibson, 355 U.S.*

In ¶20, plaintiffs complaint attempts to bring in SCHULER 'defendants', personally, with another general conclusory statement that debtor/defendants are 'jointly and severally liable for all such misappropriations of monies paid….'.   Plaintiffs, again provide no short plain statements of fact(s), as properly plead actions require, to support their claim of wrongful conduct on behalf of 'debtors SCHULER' allegedly making them jointly and severally liable.

There is little doubt plaintiffs complaint lacks any factual claim, plead with specificity or particularity, as it relates to debtor SCHULER (absent GENTRY) and this is grounds for dismissal of their adversary action.

Without the properly plead facts to support plaintiffs allegations, Plaintiffs lack standing to pursue their claims against debtor Clint Schuler.

Although the Court has been inconsistent, it has now settled upon the rule that, "at an irreducible minimum," the constitutional requisites under Article III for the existence of standing are that the plaintiff must personally have: 1) suffered some actual or threatened injury; 2) that injury can fairly be traced to the challenged action of the defendant; and 3) that the injury is likely to be redressed by a favorable decision. See *Lujan v. Defs. of Wildlife*, *504 U.S. 555, 560–61 (1992)*. Importantly, standing is not "dispensed in gross," and, accordingly, a plaintiff must demonstrate standing for each claim "he seeks to press and for each form of relief that is sought." See *Davis v. FEC, 554 U.S. 724, 734 (2008)*

- Plaintiffs adversary complaint, generally claims they are a creditor of GENTRY ESTATES, a disinterested party in this action.

- Plaintiffs complaint does not plead sufficient facts to allege they are a creditor of defendant debtor Clint Schuler or nondebtor defendant Plezana Schuler.

Plaintiffs in ¶11-16 describes the contract between the parties which has absolutely

nothing to do with the debtor and defendant, but rather only involves debtor's business

GENTRY ESTATES.

GENTRY ESTATES is the licensed contractor allegedly held to the duty of trust

standards plaintiffs argue in complaint. The contract document itself (plaintiffs' exhibit A)

represents GENTRY ESTATES is the 'dba' party agreeing to the contract with the plaintiffs,

signed by debtor defendant Clint Schuler, only, not Plezana, along with plaintiffs Chandler

Harper and Randee Harvel

In ¶21-22, plaintiffs generally claim that GENTRY's mechanics lien is wrongful

because it is groundless and invalid and creates a cloud on the real property of plaintiffs.

Plaintiffs in ¶22 falsely claim the contested contract with GENTRY and the subsequent

mechanics lien GENTRY filed, cloud their property, when in fact the lien effect is currently

extinguished per statute (A.R.S. 33-1004) due to fact GENTRY did not move to foreclose lien in

6 months per statute. It is understood GENTRY is the 'contractor' in agreement with the

plaintffs, because only GENTRY holds a contractor's license in Arizona #278337, as represented

in the agreement. A contractor's ability to record a mechanics lien on real property is provided

per Arizona statute and the action of recording a mechanics lien is not in itself malicious, without

facts supporting the contrary. Arizona statutes provides means for a suit to foreclosure a

mechanics lien, which must be initiated to determine the validity of the lien, within 6 months of

filing, or the contractors ability to perfect the lien is void and the lien is then extinguished by

law.

Plaintiffs claims in these paragraphs ¶21-22 generally allege conduct related to the

damages of Plaintiffs, and these damages are attributed to conduct of GENTRY ESTATES, a

nondebtor, and not under jurisdiction of this Court.

GENTRY ESTATES, alleged debtor in plaintiffs' claims in adversary action, did not file for bankruptcy. GENTRY ESTATES is not under protection of stay of this Court. Even though, Plaintiffs adversary complaint alleges general damages caused by GENTRY ESTATES, proper venue for Plaintiffs complaint allegations against GENTRY is not the US Bankruptcy Court. Plaintiffs lack standing to lay claims against GENTRY ESTATES in this Court. Further, GENTRY ESTATES lacks legal standing in this US Bankruptcy Court to defend or pursue counterclaims against Plaintiffs. Clearly plaintiffs lack standing to pursue claims of damages for 'wrongful lien' as outlined in complaint ¶B (page 8 of 40).

Plaintiffs' prayer for relief to release the lien of GENTRY ESTATES and any awards related thereto do not have jurisdiction of this Court.

Plaintiffs prayer of relief for 'non-dischargeable debts' for a wrongful lien pursuant to 11 U.S.C. §523(a)(2)(a) should be dismissed as null and void since GENTRY ESTATES is a nondebtor. Debtor Clint Schuler, or nondebtor defendant Plezana Schuler, did not sign the affidavit of lien or record the lien against the real property of Plaintiff(s) (*Plf's exhibit B),* and plaintiffs unjust attempt to except discharge for alleged damages due to the GENTRY lien in their adversary action is a perverted attempt at justice in improper venue.

Plaintiffs complaint also alleges a breach of fiduciary duty between contractor (pursuant to statute A.R.S. 33-1005) and an owner-occupant as defined in A.R.S. 33-1002. GENTRY ESTATES is the contractor and nondebtor as evidenced in agreement and pursuant to law. In order to generally support the alleged breach of fiduciary duty in adversary action, plaintiffs complaint ¶46 falsely states debtor SCHULER, received trust monies from Plaintiffs, paid under the contract terms, which was diverted. Plaintiffs provide no fact or evidence to support they

paid alleged 'debtor SCHULER' any monies separate from contractor.

Plaintiffs further contradict their claims stated in ¶46, as evidenced in ¶13. Plaintiffs state in ¶13 they overpaid contractor 'PSSC' (not debtor SCHULER, as in ¶46) under the contract terms. The fact of plaintiffs contradicting claims in various general statements is why plaintiffs provide no evidence or other facts to support their allegations of overpayment to debtor defendant(s) SCHULER, and or contractor GENTRY, or otherwise support their similar continuing claims in ¶'s 17-19.

Plaintiffs, again, merely make conclusory statements in ¶ 20 and ¶27 claiming misuse or diversion of funds without including supporting facts or evidence to draw their conclusions and support their claims for relief against defendant debtor(s) SCHULER.

Plaintiffs merely make conclusory statements in ¶'s 38-39 stating the representations made by defendant 'debtor SCHULER', in errors or omissions, false and misleading statements made under false pretenses, therefore constitute fraud, without including or offering any particular facts or other evidence to support their claims. Plaintiffs state no particular supporting facts alleging particular conduct of defendant(s), PLEZANA or CLINT, allegedly constituting false or misleading representations, at a particular time or under particular circumstances, which would constitute common law fraud or promissory fraud under Arizona law.

Plaintiffs in complaint ¶42, make another conclusory statement that defendants acted willfully and maliciously, and defendants have been unjustly enriched without providing any evidence or facts to otherwise support their claim of unjust enrichment of defendant(s), CLINT or PLEZANA. Plaintiffs complaint provides no evidence and states no fact that supports CLINT or PLEZANA diverted any particular amount of trust money plaintiffs paid to contractor

which was intended for construction services under the contract, to enrich themselves personally. And, since plaintiff's claims lack supporting fact and evidence they interacted with PLEZANA in any way, there is no explanation of how she could have diverted funds and or committed fraud against them.

Plaintiffs' complaint includes no alleged fact and no supporting evidence PLEZANA, or CLINT, or GENTRY ESTATES did not appropriately hold 'monies paid by, or for an owner/occupant' in trust as described in A.R.S. 33-1005.

Plaintiff's put forth no fact or other evidence in complaint that PLEZANA or CLINT diverted 'monies paid by or for an owner/occupant' (per statute), away from subcontractors, ultimately causing them damages for which CLINT or PLEZANA should be forever indebted, and should be excepted from discharge per U.S.C. §523(a)(4).

### IN CONCLUSION

In consideration of the preceding argument and as the facts in evidence show, individual debtor CLINT and nondebtor defendant PLEZANA should not be indebted to HARPER et al and was not indebted to HARPER et al at the time of his chapter 7 bankruptcy petition filing. Plaintiffs provide no fact or evidence to the contrary.

The actual facts and evidence (attached and included herein) show defendant PLEZANA could not be indebted to HARPER et al, and was not indebted HARPER et al at the time of CLINT's chapter 7 petition filing. The plaintiffs provide no fact or evidence in complaint to the contrary.

Defendant PLEZANA has not filed for bankruptcy protection and therefore is not under protection of stay in the bankruptcy court.

Since Defendant PLEZANA did not file bankruptcy and is not under protection of stay, venue and jurisdiction in this court is not justified; she is an unrelated party which facts and evidence shows did not contract or otherwise engage with the plaintiffs. She is a disinterested nondebtor and lacks standing to defend herself against plaintiff's claims made pursuant to 11 U.S.C. §523 or otherwise file counterclaim against plaintiffs. Plaintiffs did not pursue action against a nondebtor (PLEZANA), as provided by RULE 4007(c) in applicable Statute, within the timeframe allowed by such Rule, and therefore all of plaintiffs claims against PLEZANA should be dismissed as a matter of law.

Plaintiff's adversary complaint also fails to state a claim against Clint Schuler, or Plezana Schuler, for which this honorable court can provide relief via U.S.C. §523(a)(2)(A), U.S.C. 23(a)(4), U.S.C. § 523(a)(6), and therefore plaintiffs' claims should be dismissed as a matter of law.

Plaintiffs' complaint makes broad and general allegations with conclusory statements against defendant 'debtors'. Plaintiffs apparently do not truly understand PLEZANA is a nondebtor or are intentionally trying to subvert justice in this matter, maliciously. Plaitiffs complaint merely references statute(s) and violations, providing no factual basis or evidence related to just and proper claims.

## PRAYER FOR RELIEF

Therefore, in proper consideration of the law and argument above, the facts and evidence in Plaintiffs complaint, along with the exhibits attached to this Defendant's Motion for Summary Judgment, Clint Schuler as debtor, and Plezana Schuler, as nondebtor, hereby prays the Court rule in favor of defendants and order the dismissal of

Plaintiffs'adversary complaint with prejudice. Plaintiffs complaint is devoid of facts and evidence as required;

- pursuant to Federal Rules of Civil Procedure, Rule 8(a) which requires the court's proper jurisdiction and that a pleading which states a claim for relief must contain a short and plain statement of the claim showing that the pleader is entitled to relief, for which Plaintiffs complaint fails to comply;

- and pursuant to F.R.C.P. Rule 9(b) which states in alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake,

and, therefore plaintiffs' adversary complaint fails to state a claim for which relief can be granted by this Court.

Defendants also pray this Court consider a just award for sanctions against plaintiffs for filing a frivolous and baseless complaint. Defendants pray any such award via sanctions be applied to the debtor's bankruptcy estate, under management of Trustee.


Respectfully requested, sworn to, and submitted to this Honorable Court, this 6th Day of February 2024, by defendants, Clint Schuler and Plezana Schuler.

Via electronic signature

____/s/____Clint Schuler____

____/s/____Plezana Schuler___

       Clint Schuler
       Plezana Schuler
       7907 E Portobello Ave., Mesa, AZ 85212, 480-721-9023 (cell)

# CERTIFICATE OF SERVICE

I, Clint Schuler, hereby certify that a true and correct copy of this **Motion for Summary Judgment** was served on PLAINTIFFS and TRUSTEE (listed below) via USPS first class mail, with proper US postage paid, this 6th day of February, 2024 .

Electronic signature – Clint Schuler

/s/ CLINT PATRICK SCHULER /s/ PLEZANA SCHULER

---

**DAVID M. REAVES TRUSTEE**
PO BOX 44320
PHOENIX, AZ 85064−4320
Contact phone 602−241−0101
Email: trustee@reaves−law.com

**PALECEK & PALECEK PLLC**
ATTORNEYS AT LAW
6263 N. Scottsdale Rd., Suite 144
Scottsdale, Arizona 85250
Telephone: (602) 522.2454
Facsimile: (602) 522.2349
JAMES J. PALECEK #015953

EXHIBIT A



AZ Corp. Commission

04898482

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# ARTICLES OF AMENDMENT
*Read the Instructions L015i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   Gentry Estates, LLC

2. **A.C.C. FILE NUMBER:** L-1189091-9
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

## *CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.*

3. ☐ **ENTITY NAME CHANGE** – type or print the exact NEW name of the LLC in the space below:

4. ☑ **MEMBERS CHANGE (CHANGE IN MEMBERS)** – *see Instructions L015i* – **Use one block per person** - FOR MEMBERS CURRENTLY SHOWN IN A.C.C. RECORDS - list the name of each member being changed, and below that provide any new information for that member (new name and/or address), then check all boxes that apply to indicate the change being made for that member. FOR NEW MEMBERS - **in a separate block**, list the name in the NEW Name blank and give the address, and check the appropriate box. If more space is needed, complete and attach the Amendment Attachment for Members form L044.

| | |
|---|---|
| Plezana ShLee Schuler | |
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| 5910 S Walnut St, Casper | |
| Address 2 (optional)   WY   82601 | Address 2 (optional) |
| City  UNITED STATES   State or Province   Zip | City   State or Province   Zip |
| Country | Country |
| ☐ Address change   ☐ Add as 20% or more member | ☐ Address change   ☐ Add as 20% or more member |
| ☐ Name change   ☐ Add as less than 20% member | ☐ Name change   ☐ Add as less than 20% member |
| ☑ Remove member | ☐ Remove member |
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City   State or Province   Zip | City   State or Province   Zip |
| Country | Country |
| ☐ Address change   ☐ Add as 20% or more member | ☐ Address change   ☐ Add as 20% or more member |
| ☐ Name change   ☐ Add as less than 20% member | ☐ Name change   ☐ Add as less than 20% member |
| ☐ Remove member | ☐ Remove member |

L015.001
Rev: 2010

Case 2:24-ap-00011-DPC   Doc 2   Filed 02/06/24   Entered 02/06/24 14:41:14   Desc
Main Document   Page 26 of 81

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**5.** ☐ **MANAGERS CHANGE (CHANGE IN MANAGERS) – Use one block per person - FOR MANAGERS CURRENTLY SHOWN**
IN A.C.C. RECORDS - list the name of each manager being changed, and below that provide any new information for
that manager (new name and/or address), then check all boxes that apply to indicate the change being made for that manager.
FOR NEW MANAGERS – **in a separate block**, list the name in the NEW Name blank and give the address, and check the
appropriate box. If more space is needed, complete and attach the <u>Amendment Attachment for Managers</u> form L043.

| | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| ☐ Address change   ☐ Add as manager<br>☐ Name change   ☐ Remove manager | ☐ Address change   ☐ Add as manager<br>☐ Name change   ☐ Remove manager |

**6.** ☐ **MANAGEMENT STRUCTURE CHANGE –** *see Instructions L015i* – check only one box below and follow
instructions:

☐ CHANGING TO *MANAGER*-MANAGED LLC – complete and attach the <u>Manager Structure Attachment</u>
form L040. *The filing will be rejected if it is submitted without the attachment.*

☐ CHANGING TO *MEMBER*-MANAGED LLC – complete and attach the <u>Member Structure Attachment</u> form L041.
*The filing will be rejected if it is submitted without the attachment.*

---

**7.** ☐ **STATUTORY AGENT CHANGE – NEW AGENT APPOINTED –** *see Instructions L015i*:

| **7.1** *REQUIRED* – give the **name** (can be an individual or an entity) **and** ***physical or street address*** (not a P.O. Box) in Arizona of the NEW statutory agent: | **7.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |
|---|---|
| Statutory Agent Name (required) | |
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional)<br>City / State / Zip | Address 2 (optional)<br>City / State / Zip |

**7.3** *REQUIRED* – the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with these Articles of
Amendment.

---

**8.** ☐ **STATUTORY AGENT ADDRESS CHANGE – ADDRESS OF CURRENT STATUTORY AGENT –** complete 8.1
and/or 8.2:

| **8.1 NEW** ***physical or street address*** (not a P. O. Box) in Arizona of the existing statutory agent: | **8.2 NEW mailing address** in Arizona of the existing statutory agent (can be a P.O. Box): |
|---|---|
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2(optional)<br>City / State / Zip | Address 2 (optional)<br>City / State / Zip |

**9.** ☑ **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS CHANGE:**

**9.1** Is the NEW Arizona known place of business address the same as the street address of the statutory agent?

☐ Yes – go to number 10 and continue

☑ No – go to number 9.2 and continue

**9.2** If you answered "No" to number 9.1, give the **NEW physical or street address** (not a P.O. Box) of the known place of business of the LLC in Arizona:

| | | |
|---|---|---|
| Clint P Schuler | | |
| Attention (optional) | | |
| 7907 E Portobello Ave | | |
| Address 1 | | |
| Address 2 (optional) | | |
| Mesa | AZ | 85212 |
| City | State or Province | Zip |
| Country | UNITED STATES | |

**10.** ☐ **DURATION CHANGE –** check one to indicate the **NEW** duration or life period of the LLC:

☐ Perpetual

☐ The LLC's life period will end on this **date**: _____ (enter a date – mm/dd/yy)

☐ The LLC's life period will end upon the occurrence of this **event**:

_____ (describe an event)

**11.** ☐ **ENTITY TYPE CHANGE –** if changing entity type, check one and follow instructions:

☐ Changing to a PROFESSIONAL LLC – number 12 must also be completed.

☐ Changing to a NON-PROFESSIONAL LLC (professional LLC becoming a regular LLC).

**12.** ☐ **PROFESSIONAL SERVICES CHANGE –** describe the **NEW** type of professional services the professional LLC will render:

_____

**13.** ☐ **OTHER AMENDMENT –** if an amendment was made that was not addressed by the check boxes on this form, then you must attach to these Articles of Amendment a complete copy of the LLC's written amendment.

**SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_Signature_      Clint Schuler/Plezana ShLee Schuler      12/05/2014

Signature     Printed Name     Date (mm/dd/yy)

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| | |
|---|---|
| ☐ This is a **manager-managed LLC** and I am signing individually as a **manager or** I am signing for an **entity manager named:** | ☒ This is a **member-managed LLC** and I am signing individually as a **member or** I am signing for an **entity member named:**<br><br>Clint and Plezana Schuler |

| | |
|---|---|
| Filing Fee: $25.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.

All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.

If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.


DO NOT PUBLISH
THIS SECTION

AZ CORPORATION COMMISSION
FILED



MAR 23 2005

FILE NO. L-1189091-9

ARTICLE I
The company name
must contain an
ending which may be
"limited liability
company," "limited
company," or the
abbreviations
"L.L.C.", "L.C.",
"LLC" or "LC". If
you are the holder or
assignee of a
tradename or
trademark, attach
Declaration of
Tradename Holder
form.

ARTICLE 2
May be in care of the
statutory agent.

ARTICLE 3
The statutory agent
must provide both a
physical and mailing
address. If statutory
agent has P.O. Box,
then they must
provide a physical
description of their
street
address/location.
The agent must sign
the Articles or
provide a consent to
acceptance of
appointment.

ARTICLES 4
Complete this section
only if you desire to
select a date or
occurrence when the
company will
dissolve. If perpetual
duration is desired,
leave this section
blank.

ARTICLE 5.a.
Check which
management structure
will be applicable to
your company.

## ARTICLES OF ORGANIZATION

### OF

### Gentry Estates, LLC

(An Arizona Limited Liability Company)

1. Name. The name of the limited liability company is:

   **Gentry Estates, LLC**

2. Registered Office. The address of the registered office in Arizona is: _____

   **15290 N 78th Way**

   **Scotsdale AZ 85260**

   located in the County of **Maricopa**

3. Statutory Agent. (In Arizona) The name and address of the statutory agent of the company is:

   **Alpha Legal Forms and More, Inc.**

   **4500 E. Speedway Blvd., Suite 31**

   **Tucson, AZ 85712**

4. Dissolution. The latest date, if any, on which the limited liability company must dissolve is

   _____

5.a. Management.

   [ ] Management of the limited liability company is vested in a manager or managers. The names and addresses of each person who is a manager AND each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company are:

   [✓] Management of the limited liability company is reserved to the members. The names and addresses of each person who is a member are:



*L-1189091-9*

DO NOT PUBLISH
THIS SECTION

5.b.

Name:

**Clint Schuler**                                    **Plezana ShLee Schuler**

[✓] member          [ ] manager          [✓] member          [ ] manager

Address:       **5910 S. Walnut**                              **5910 S. Walnut**

City, State, Zip:   **Casper, Wyoming 82601**              **Casper, Wyoming 82601**

Name:

[ ] member          [ ] manager          [ ] member          [ ] manager

Address:

City, State, Zip:

ARTICLE 5.b.
Depending upon your
selection in 5.a.,
provide the names
and addresses of the
managers and
members of the
organization. Check
the applicable title for
each person. A
member managed
company cannot
contain a manager or
managers.

The person(s)
executing this
document need not be
member(s) of the
company.

Your fax and phone
number is optional.

The agent may
consent to the
appointment by
either executing the
consent, attaching a
cover letter, or if
paying by check,
executing the check.

EXECUTED this **21** day of **March**, **2005**.

_____          _____
[Signature]                                       [Signature]

**LegalZoom.com, Inc., a California corporation, Organizer
By: Daniela Balan, Assistant Secretary**

_____          _____
[Print Name Here]                              [Print Name Here]

PHONE **(323) 962-8600 x218**          FAX **(323) 962-8300**

**Acceptance of Appointment By Statutory Agent**

I **Alpha Legal Forms and More, Inc.** , having been designated to act as Statutory Agent,
hereby consent to act in that capacity until removed or resignation is submitted in accordance with the
Arizona Revised Statutes.

_____
Signature of Statutory Agent
**by: Alpha Legal Forms and More, Inc.**
**Kermit Burton, President**

LL:0004
Rev.4/2001

## ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
## SUBMISSION COVER SHEET

THIS DOCUMENT SUBJECT TO PUBLIC RECORD - Important: use a separate cover sheet for each document

Regarding (Name/proposed name for Corp./LLC):   **Gentry Estates, LLC**

_____

Please Check or Complete the Appropriate Sections:

A.   1. ☑ NEW Entity Filing          ☐ CHANGE to Existing Entity          ☐ Resubmission/Corrected Document

   2. ☑ Domestic (from Arizona)     ☐ Foreign (organized in another state or country)

   3. ☐ Profit/Business Corporation (B)     ☐ Nonprofit Corporation (NP)     ☑ LLC     ☐ Trust     ☐ Other

   4. Payment  ☑ Check #_____     ☐ Cash     ☐ MOD account #_____
      Amount: $ 85.00          ☐ No fee required          ☐ See attached distribution of funds instructions

   5. Processing       ☑ **Expedited**  (usually 1-3 day turn-around, $35 Additional Fee Per Document)
                       ☐ **Regular** (usually 4-7 week turn-around)

B.   **Filing Type:**    (Check one only)
   ☐ Articles of Domestication
   ☐ Articles of Incorporation
   ☑ Articles of Organization
   ☐ Application to Transact Business(B)
   ☐ Application to Conduct Affairs (NP)
   ☐ Application for New Authority
   ☐ Application for Registration
   ☐ Articles of Amendment
   ☐ Articles of Amendment & Restatement

   ☐ Publication of _____
   ☐ Articles of Correction
   ☐ Merger of  (name): _____
   _____
   Into: _____
   _____
   ☐ Other: _____
   _____

C.   Special Instructions: _____

D.   Extras:
   ☐ Certified Copies-        (Qty. @ $5 ea. for corps or $10 ea. for LLCs)     ☐ Expedite Certified Copies ($35 extra)
   ☐ Good Standing Certificate-        (Qty. @ $10 ea.)     ☐ Expedite Good Standing ($35 extra)

E.   RETURN DELIVERY VIA:   ☐ Mail or   ☑ Pick Up or   ☐ Fax # ( )
   The following individual should be called to pick up completed documents:

   Name:   **Kermit Burton** _____     Phone: ( 520 ) 795-7100

   Pick-up by: _____     Date: _____

Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

Name:  **Kermit Burton** _____     Firm:  **Alpha Legal Forms & More, Inc.**

Address:  **4500 E. Speedway Blvd., Suite 31** _____

City, State, Zip:  **Tucson, AZ 85712** _____

CFCVLR
REV 3/00

1300 WEST WASHINGTON, PHOENIX, ARIZONA 85007-2929 / 400 WEST CONGRESS STREET, TUCSON, ARIZONA 85701-1347
www.cc.state.az.us - 602-542-3135

```
        IRS  DEPARTMENT OF THE TREASURY
             INTERNAL REVENUE SERVICE
             CINCINNATI  OH    45999-0023
```

Date of this notice:  01-11-2018

Employer Identification Number:
82-3980109

Form:  SS-4

Number of this notice:  CP 575 B

PSSC COMPANIES LIMITED LIABILITY CO
PSSC COMPANIES
% CLINT SCHULER MBR
7907 E PORTOBELLO AVE
MESA, AZ  85212

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 82-3980109.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is PSSC. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

                    Keep this part for your records.        CP 575 B (Rev. 7-2007)

--------------------------------------------------------------------------------------

    Return this part with any correspondence
    so we may identify your account.  Please                    CP 575 B
    correct any errors in your name or address.

                                                                9999999999


    Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  01-11-2018
    (      )      -                           EMPLOYER IDENTIFICATION NUMBER:  82-3980109
    _____  _____    FORM:  SS-4              NOBOD


    INTERNAL REVENUE SERVICE                  PSSC COMPANIES LIMITED LIABILITY CO
    CINCINNATI OH   45999-0023                PSSC COMPANIES
    ılıldılıldıldılıldıllıılıldıldıldılı      % CLINT SCHULER MBR
                                              7907 E PORTOBELLO AVE
                                              MESA, AZ  85212

EXHIBIT B

| | |
|---|---|
| **From:** | schulerclint@gmail.com |
| **To:** | jpalecek@paleceklaw.com |
| **Subject:** | RE: Adversary Action Harper v. Schuler |
| **Date:** | Wednesday, January 31, 2024 9:15:00 AM |

Good morning,

I wanted to touch base after you filed the adversary action 2:24-AP-00011 and prior to our response motion in that case.
At the time of filing BK, I was not planning on moving forward with the civil action we initiated in Superior Court and planned to let it expire without moving for a lift stay.
Would your client consider dropping the adversary and third party claim in superior court, in exchange for a mutual release of superior court action(s) and release of lien and all claims?

Respectfully,

Clint S.
480-721-9023

EXHIBIT C

1  **PALECEK & PALECEK PLLC**
   ATTORNEYS AT LAW
2  6263 N. Scottsdale Rd., Suite 144
   Scottsdale, Arizona 85250
3  Telephone: (602) 522.2454
   Facsimile: (602) 522.2349
4  JAMES J. PALECEK #015953
   jpalecek@paleceklaw.com
5  Attorneys for Defendants

6

7            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8            **IN AND FOR THE COUNTY OF MARICOPA**

9  CLINT SCHULER, a individually
   appearing In Pro Per,                    **CASE NO. CV2023-092448**

10            Plaintiffs,

11  v.                                       **DEFENDANTS' MOTION TO
                                              DISMISS COMPLAINT**
12  CHANDLER HARPER, RANDEE
    HARVEL aka RANDEE HARPER,
13  NAN RACHELLE HARVEL, AND                 **(Assigned to the Honorable Peter
    DOES 1-10 PRESENTLY                       Thompson)**
14  UNKNOWN PERSONS,
    PARTNERSHIPS, ASSOCIATIONS,
15  LIMITED LIABILITY COMPANIES
    AND OR CORPORATIONS OR
16  TRUSTS,

17            Defendants.

18

19

20        Defendants Chandler Harper, Randee Harvel, and Nan Rachelle Harvel

21  (collectively "Defendants"), by and through undersigned counsel and pursuant to Rule

22  12(b)(6) Ariz.R.Civ.P., hereby move to dismiss Plaintiff's Complaint in its entirety for

23  "failure to state a claim upon which relief can be granted." As more fully discussed

24  below, Plaintiff, an individual, is not a party to the construction contract that is the

25  subject of this dispute and, therefore, lacks any rights or "standing" to seek or to obtain

26  any relief, Counts I and II of Plaintiff's Complaint are based "in contract." Further,

27

28  Plaintiff, as an individual, cannot state a claim for unjust enrichment (Count III) or for



fraud (Count IV) related to the construction agreement where he was not a party to the underlying agreement. This motion is more fully supported by the following Memorandum of Points and Authorities and the entire file in this matter.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.      FACTUAL BACKGROUND**

On or about December 14, 2021, Defendants Chandler Harper and Randee Harvel entered into an agreement for remodeling services on their home with PSSC Companies, LLC dba Gentry Estates and the construction work was performed by Gentry Estates, LLC, an entity licensed by the Arizona Registrar of Contractors. **A copy of the contract is attached hereto as Exhibit A**. Plaintiff Clint Schuler ("Schuler") is a Member of Gentry Estates, LLC. PSSC Companies, LLC does not appear to be a registered entity with the State of Arizona.

Moreover, on or about May 26, 2023, Gentry Estates, LLC recorded a Notice and Claim of Mechanics and Materialman's Lien on Defendants' property, **a copy of which is attached hereto as Exhibit B.**

In the Complaint filed with this Court, Plaintiff Schuler is representing himself, but he is seeking damages based upon an alleged breach of the Exhibit A contract, to which he is not a party. All four Counts in the Complaint arise out of the alleged breach of contract, and all Counts contain allegations directly related to the contractual agreement. <u>See, specifically, allegations 9-11 of Plaintiff's Complaint, under "Facts Common to All Claims."</u>



1       Plaintiff likely filed suit in his own name, personally, to avoid the requirement to

2   hire counsel on behalf of the company, which is the real party in interest. Counsel for

3   Defendants met and conferred with Plaintiff Schuler prior to filing this motion and

4   Plaintiff indicated that he was suing for "personal damages" resulting from the alleged

5   breach, and he believed he could represent himself for "personal damages," which he

6   said he would further clarify.  <u>See Good Faith Consultation Certificate filed</u>

7   <u>contemporaneously herewith.</u>

8

9

10

11  **II.**    **LAW & ARGUMENT**

12      **A.  Standard of Review**

13          Under Rule 12(b)(6), a complaint is subject to dismissal where it fails to state a

14  claim, or when "the plaintiff should be denied relief as a matter of law given the facts

15  alleged." *Hogan v. Washington Mut. Bank*, N.A., 230 Ariz. 584, 586, 277 P.3d 781, 783

16  (2012). In evaluating the complaint, courts "will not accept as true allegations consisting

17  of conclusions of law, inferences or deductions that are not necessarily implied by well-

18  pleaded facts, unreasonable inferences or unsupported conclusions from such facts, or

19  legal conclusions alleged as facts." *Jeter v. May Clink Ariz.*, 211 Ariz. 386, 389 ¶ 4, 121

20  P.3d 1256, 1259 (App. 2005).  The court must determine whether the complaint,

21  construed in the light most favorable to the plaintiff, sufficiently sets forth a valid claim.

22  *Anson v. American Motors Corp.*, 155 Ariz. 420, 421, 747 P.2d 581, 582 (App. 1987).

23  Thus, a trial court should grant a motion brought pursuant to Arizona Rule of Civil

24  Procedure 12(b)(6) when it appears certain that the plaintiff would not be entitled to relief

25

26

27

28

under any theory given the facts and claims alleged.  See *Forum Dev., L.C. v. Ariz. Dep't of Revenue*, 192 Ariz. 90, 93, 961 P.2d 1038, 1041 (App. 1997).

While the scope of review is limited to the face of the complaint, the Court may consider an extrinsic document if the complaint: "(l) refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the copy of the document attached to the 12(b)(6) motion." *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Brosie v. Stockton*, 105 Ariz. 574, 576, 468 P.2d 933, 935 (1970); Ariz. R. Civ. P. 12(c); *Strategic Dev. & Const., Inc. v. 7th & Roosevelt Partners, LLC*, 224 Ariz. 60, 64,114,226 P.3d 1046, 1050 (App. 2010).

### B. Plaintiff cannot assert claims against Defendants for Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, or Unjust Enrichment

As stated above, Schuler was not a party to the contract upon which he seeks damages. It is clear from the allegations that each Count contained in Plaintiff's complaint arises out of the alleged breach of the contract between Defendants and PSSC Companies, LLC dba Gentry Estates.  There is no contract that exists between Plaintiff and Defendants and, as such, Plaintiff's Complaint in its entirety fails as a matter of law. Plaintiff does not have individual rights or "standing" to bring any of the enumerated contract claims, nor can it assert the unjust enrichment claim related to an underlying agreement to which he was not a party. As a result, Counts I, II, and III of Plaintiff's Complaint must be dismissed.

### C. Plaintiff cannot assert its claim against Defendants for Fraud and has failed to sufficiently plead the elements.

Plaintiff's claim for Fraud is also based upon the Exhibit A contractual relationship, and, as such, Plaintiff, as an individual who was not a party to the contract, has no valid claim for any relief. As a result, Count IV of Plaintiff's Complaint must be dismissed.

### D. Corporations are Required to be Represented by Counsel

In Arizona, there are certain limitations to self-representation, including the fact that corporations and partnerships must be represented by an attorney. The Supreme Court of Arizona has recognized that a corporation cannot appear in court without a lawyer, and if it does so, the appearance is defective. See *Boydston v. Strole Dev. Co.*, 193 Ariz. 47, 49, 969 P.2d 653, 655 (1998); see also *Ramada Inns, Inc. v. Lane and Bird Adver., Inc.*, 102 Ariz. 127, 128, 426 P.2d 395, 396 (1967), "Absent statutory authority a corporation cannot practice law even in its own behalf. A corporation cannot appear in court by an officer who is not an attorney, and it cannot appear in propria persona."

As set forth above, an entity must be represented by an attorney to maintain an action in Maricopa County Superior Court. ***Given that the basis of Schuler's Complaint and the alleged damages sought derive from a construction contract signed and performed by PSSC Companies, LLC d/b/a/ Gentry Estates, LLC, this lawsuit is defective and should be dismissed as it is brought in the name of an individual who does not have rights under the contract.***

Based upon the allegations and undisputed documents attached hereto, the proper Plaintiff in this action is the entity, not Schuler as an individual. Moreover, under Arizona law, PSSC Companies, LLC d/b/a/ Gentry Estates must retain counsel to bring this lawsuit in the name of the entity. Therefore, it is not sufficient for Schuler to simply amend the Complaint to name the proper Plaintiff, without obtaining legal representation.

**III.     CONCLUSION**

Based on the foregoing, Plaintiff's Complaint fails to state a claim upon which relief could be granted to him. Plaintiff was not a party to the contractual agreement alleged in the Complaint, and, therefore, by operation of law, the Complaint must be dismissed under Civil Rule 12(b)(6). Further, the proper Plaintiff in this matter is an entity, which must be represented by counsel to bring any action related to this contract. Accordingly, Plaintiff's Complaint must be dismissed in its entirety. Defendants request their attorneys' fees and costs in defending this action pursuant to A.R.S. §12-341.01.

      **DATED** this 23<u>rd</u> day of June, 2023.

                    **PALECEK & PALECEK PLLC**

                    By:    /s/ James J. Palecek
                            James J. Palecek
                            6263 N. Scottsdale Rd., Suite 144
                            Scottsdale, Arizona 85250
                            Attorneys for Defendants

PALECEK & PALECEK PLLC
ATTORNEYS AT LAW

1

2

3

4

5 ORIGINAL of the foregoing filed
This 23rd day of June, 2023 with:

6

7 Maricopa County Superior Court
The Honorable Peter Thompson

8

9 COPY of the foregoing mailed / emailed
This 23rd day of June, 2023 to:

10

11 Clint Schuler
7907 E. Portobello Avenue

12 Mesa, AZ 85212
schulerclint@gmail.com

13 *Plaintiff – Pro Per*

14

15 /s/ Sara Mills
Sara Mills

16

17

18

19

20

21

22

23

24

25

26

27

28



# EXHIBIT A

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

# PSSC COMPANIES LLC



"...set your hearts on all things above…"

D E S I G N   +   B U I L D

# HARPER Remodel Agreement

THIS AGREEMENT made this__14th_ day of __December___, 2021.

Between Owner/CLIENT(s):
Chandler Harper and Randee Harvel
chandlerharper0503@gmail.com; chandler@wingatelawfirm.com
randee.e.harvel@gmail.com

15812 E Thistle Dr., Fountain Hills, AZ

*-and-* PSSC COMPANIES LLC dba GENTRY ESTATES – AZ ROC 278337 – "Contractor"



For the following Project: <u>Harper Home Remodel</u> pursuant to a full set of construction drawings to be drafted and submitted to the building department for approval, and as agreed with Owner/Client and HOA as is applicable.

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

**RESPONSIBILITIES of the Parties**

The Owner/Client(s) and PSSC COMPANIES LLC dba GENTRY ESTATES agree as set forth in the following terms and conditions that:

PSSC COMPANIES LLC dba GENTRY ESTATES as "Contractor" will complete the following tasks hereinafter called the "Scope of Work".

## OVERALL Scope of Work:

### Drafting, Construction Plan Submission, Design/3D Modeling and Construction

- Client/Owner has submitted a proposed remodel floor plan to Contractor and Contractor agrees to draft a full and complete set of construction building plans related to this floor plan for Owner/Client's approval and to be submitted to the building department for review and approval. Any required redlines by the building department will be addressed by Contractor and are included in this agreement.
- Contractor has provided Owner/Client with an estimated construction cost breakdown subject to the final approved construction drawings and any subsequent changes/additions. (Construction Estimate is attached hereto as exhibit A)
- All demo work, labor and materials will be completed per plans
- All underground plumbing work, labor and materials is included per plans.
- All rough in plumbing, electric and HVAC work, labor and materials, is included per code, per approved plans.
- All insulation, drywall, paint and carpentry trim work labor and materials is included per plans and owner specifications.
- This is a turnkey project and all work will be completed by Contractor per plans and specifications per the estimated construction cost breakdown
- All work will be completed per applicable building code and according to industry standards for high quality workmanship

### Specific to DESIGN/3D Modeling/Fit and Finishes:

- Owner/Client agrees (in conjunction with hiring Contractor to build their remodel/new home project), Owner/Client is also 'contracting' with our on-staff Designer to work with them in sourcing and selecting industry standard 'fit and finishes' (all finish materials) for their construction project. These 'fit and finishes' are to be sourced and selected in conjunction with Owner/Client's budget as identified in Contractor's cost breakdown/estimate or pursuant to written change order with Owner/Client.
- Owner/Client agrees and desires our on-staff Designer to aid in their design, sourcing, and purchasing of all items related to 'fit and finishes' for the project and for Designer to aid in supervising construction of Owner/Client's design, along with Contractor, through to completion of the project.
- Owner/Client agrees our on-staff Designer, will be responsible for sourcing, selecting, and purchasing all industry standard termed 'fit and finish' items according to client's personal taste in agreement with Owner/Client.

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

- Owner/Client acknowledges they will relinquish to Designer full creative freedom to initiate, develop and source, pursuant to Designer's timeline, all 'fit and finish' designs/specifications for Owner/Client's project with Contractor.
- Owner/Clients are allowed 2 changes/reselections relative to each 'fit and finish' design category provided by Designer (i.e. all finish materials including but not limited to: lighting, flooring and wall tile, cabinets and countertops, painting materials, plumbing fixtures, etc).
- In the event the agreed upon allotted changes to Designer's designs or specifications (and including sourcing) are exhausted and there are subsequent changes/reselections by Owner/Client, these changes will result in an additional charge of $125 per hour for Designer's continued time incurred on the project plus any applicable fees or charges for changes in costs of related design items.
- Owner/Client agrees to work with Designer for sourcing and selection of industry standard 'fit and finishes' design selections for the entirety of their project with Contractor, pursuant to budget with Contractor or subsequent change order(s), *this does not preclude Owner from finding fit and finish sourcing on their own and advising Designer/Contractor.*
- Designer agrees to make every effort to source design selections based on Owner/Client's personal taste and budget to the best of their ability and pursuant to current market conditions/product availability to Contractor.
- Designer will provide the above services to Owner/Client ideally through preferred vendors of Designer/Contractor at discount(s)/pricing. Owner agrees to work with Vendors recommended by Designer/Contractor and if Owner chooses to solicit products from other Vendor(s) or Supplier(s), Owner/Client agrees to allow Designer/Contractor to negotiate discounted pricing prior to placing any orders for materials, supplies or related products.

## TOTAL ESTIMATED FEES FOR THE ABOVE SCOPE OF WORK (subject to final approved building and fit and finish plans) is $211,118.25

## AGREED UPON PAYMENT/DRAW SCHEDULE IS AS FOLLOWS:

- *Down payment on this agreement is 10% of the estimated total fees above, for a total of $21,111.82, and is due upon execution of this agreement payable to Contractor via Cashier's Check or certified funds or ACH bank transfer.*
- *The balance of payment owed to Contactor will be made by Owner/Client according to a predetermined 4-5 subsequent written 'draw requests' submitted to Owner/Client (approx. bi-weekly or monthly) by Contractor as work progresses. Upon submission of each successive draw request, owner/Client agrees to fund Contractor via Cashier's check or certified funds within 5 days of signed draw request.*

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

- *Typical draw requests will be made by Contractor in stages; i.e., plan submission, after demo is complete, framing is complete, rough ins are complete, drywall is complete and at project finish and issuance of certificate of occupancy.*
- *Construction term is approx. 4-6 months depending on material and subcontractor availability at the time of construction and is subject to Covid-19 and it's effect on materials, supplies and labor.*

**\*\*Payments to be via cashier's check or certified funds made payable to PSSC Companies LLC**, or via direct ACH payment to Bank of America, Direct Deposit, **Acct# 457037891084 or via Zelle Transfer to** [buildit@gentryestates.com](mailto:buildit@gentryestates.com)

**TERMS AND CONDITIONS**
**Extra Disbursements or Changes**
The Client agrees to pay PSSC COMPANIES LLC dba GENTRY ESTATES, the TOTAL PROJECT FEES (above) and for all additional 'disbursements' (if any) associated with this Project which may have been made by PSSC/Gentry to engineers or additional sub-consultants or sub-contractors or suppliers **on request and prior approval** of CLIENT/Owner. These 'disbursements' may include but are not limited to: changes to plans requiring extra costs, special engineering fees as may be required during construction, sub-consultant fees, special permit application fees, drawing reproduction costs, increases in cost of materials necessary to complete work detailed or reflected on original plans and not the fault of Contractor.

PSSC COMPANIES dba GENTRY ESTATES agree to obtain written permission from the Client prior to incurring the costs for all extra disbursements/change fees. Any advanced or other 'disbursements/change fees' becoming due within a particular phase are due and payable to 'Subcontractor' at the completion of that phase as outlined above or as agreed between the parties.

**Required Information**
The Client warrants and shall furnish at his or her own expense any plan information, that may be required for the completion of the Project prior to starting or continuing specified work, including any special inspections that may be required, the accuracy and completeness of which PSSC COMPANIES LLC dba GENTRY ESTATES LLC shall be entitled to rely upon. This information includes but is not limited to: rough plan drawings, certified land surveys, real property reports, building inspection reports, soil tests, special inspection needs, and environmental surveys, HOA requirements, Building Department/Planning Department Requirements, Engineering.

**Payment of Fees**
The fees for the Project shall be paid as outlined under Project fees. The Client agrees that all outstanding fees and disbursements are to be paid in full prior to completing

more work or changes. Any outstanding balance over thirty days is subject to a monthly interest charge of 2%.

**Governing Law**

State of Arizona

**Suspension or Termination**

If the Project is terminated or if the Project is suspended or abandoned in whole or in part for more than a total of 30 days whether consecutive or not, PSSC COMPANIES LLC dba GENTRY ESTATES shall be compensated within 30 days of the date that an invoice is rendered for all services performed to that date together with reimbursable/disbursements/changes expenses. If the Project is resumed after being suspended or abandoned in whole or in part for more than a total of 30 days whether consecutive or not, the fee shall be equitably adjusted.

Unless otherwise stated in this agreement, PSSC Companies LLC dba GENTRY ESTATES services terminate after substantial performance. Any other termination of this agreement must be made in writing. PSSC COMPANIES LLC dba GENTRY ESTATES liability is limited to the correction of work in compliance with the drawings or required building inspections reports only for industry standard of workmanship.

This agreement may be terminated by either party upon seven days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initiating the termination.

This agreement may be terminated by the Client upon at least thirty days written notice to PSSC COMPANIES LLC dba GENTRY ESTATES in the event that the Project is permanently abandoned. Termination of this agreement must be in writing.

**Notices**

Any Notices are to be delivered to the parties as follows:

**Owner/Client(s)**-at address above and or via email to: chandler@wingatelawfirm.com

**GENTRY ESTATES LLC member of PSSC COMPANIES LLC**: clint@gentryestates.com; 480-712-2223 (work); 480-721-9023 (cell), 6239 E Brown Rd. #107 Mesa, AZ 85212

**Terms and Descriptions as outlined above AGREED to this 14th day of December, 2021,**

*Chandler Harper*                    *Randee Harvel*
54F968FCE5414F4...                   92A2C1531FD34BF...

Owner/Client(s) Signature(s):

Name(s)_____Chandler Harper_____          Randee Harvel

DATE:_____12/14/2021_____          12/14/2021

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

DocuSigned by:

*Clint Schuler*

5E632863E90E4E0...

**Clint Schuler/Contractor – PSSC COMPANIES LLC dba Gentry Estates**
www.gentryestates.com clint@gentryestates.com

DATE:____12/14/2021_____



# EXHIBIT B

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20230275974    05/26/2023    01:38
ELECTRONIC RECORDING

TL156237-21-1-1--
amine

Recorded at the request of:

Gentry Estates LLC
7907 E Portobello Ave
Mesa, AZ 85212
480-721-9023
Prepared by Titan Lien Services AZCLDP
#80895 & #81990

FOR RECORDING IN MARICOPA COUNTY, ARIZONA RECORDER'S OFFICE

Gentry Estates LLC, CLAIMANT

VS

Chandler Harper/Randee Harvel, OWNER
Harvel Nan Rachelle, OWNER

# NOTICE AND CLAIM OF MATERIALMANS,
## MECHANIC'S OR PROFESSIONAL SERVICES LIEN
### A.R.S. §33-993

Randi Senseman, being first duly sworn upon his/her oath according to law, deposes and says:

1. I am the Construction Coordinator of Gentry Estates LLC, whose place of business is 7907 E Portobello Ave, Mesa, Arizona, 85212; hereinafter referred to as "Claimant." I am authorized to effectuate this Notice of Lien on its behalf. I have knowledge of and have provided the facts as contained herein. That in my capacity and to the best of my knowledge and belief, I make this affidavit for and on behalf of said Claimant.

2. That claimant is duly and appropriately licensed and registered by the State of Arizona and as such has supplied Interior remodel with extension to 1 room and front entryway, related contracting, accessories, related materials, labor, equipment, and tools sufficient to complete the scope of the contract and addendum items for the improvement to those common areas, rights of way and easements, lots and blocks and the structures and improvement on the real property and leasehold interest if appropriate, as described as follows:

Harper Remodel – 15812 E Thistle Dr., Fountain Hills, AZ 85268

County of Maricopa

APN: 176-16-597

Legal Description attached hereto and incorporated herein by this reference as **Exhibit A.**

3. That the names of the Owners, Reputed owners, Owner Designees, Lenders, Contractors or other interested parties of the hereinabove described real property and the improvements thereon are:

> OWNER: Chandler Harper/Randee Harvel, 15812 E Thistle Dr, Fountain Hills, Arizona 85268
> OWNER: Harvel Nan Rachelle, 15812 E Thistle Dr, Fountain Hills, Arizona 85268
> GENERAL CONTRACTOR: Gentry Estates LLC, 7907 E Portobello Ave, Mesa, Arizona 85212

4. That Claimant furnished said Services, Materials and Labor pursuant to an agreement with Chandler Harper/Randee Harvel, 15812 E Thistle Dr, Fountain Hills, Arizona, 85268 the Owner at the time of construction on the above-described project of improvement, a copy of said agreement and terms of payment are attached hereto and incorporated herein by this reference as **Exhibit B.**

5. That Claimant believes that the date of completion of the building, structure, or improvement, or any alterations or repair of such building, structure, or improvement is: ongoing.

   Claimant also believes that not more than One Hundred Twenty (120) days have elapsed since the completion of the improvements or One Hundred Fifty days (150) from the final inspection on the hereinabove described property.

6. That Claimant properly served its original Arizona Preliminary Twenty Day Notice(s) as prescribed in Arizona Revised Statutes 33-992.01 on May 27, 2022; copies of the original notice and any amended notices, proof of mailing service, and affidavits are attached hereto and incorporated herein by this reference as **Exhibit C.**

7. That Claimant claims its lien against the Subject Property or Leasehold interest, if applicable, to be charged, after deducting all just credits and offsets, in the amount of $39,641.23 that is the reasonable value of labor, materials, fixtures and tools furnished by Claimant of the delinquent monies due Claimant of $39,641.23 plus $500.00 in currently accrued collection costs associated with the Notice of Lien investigation, preparation, filing, and service, together with the highest percent of interest allowed pursuant to A.R.S 44-1201 and interest pursuant to the Arizona Prompt Payment Act if applicable. If further legal action is commenced, this claim shall also include all necessary and reasonable taxable costs, including attorney's fees as allowed pursuant to A.R.S. 12-341.01, the contract agreement and A.R.S. 33-995E and A.R.S. 33-998, all of which constitutes the reasonable value of the Materials and Labor furnished by Claimant for which Claimant has not been compensated.

8. That Claimant claims a lien upon the herein above-described real property and on the structures and improvements thereon and the benefits of the laws of the State of Arizona relating to liens of Mechanics, Materialman, Laborers and others. For the sums due under the above-described agreement and for the purpose of fixing this lien, the claimant has made this Notice and Claim of Lien and delivers the original thereof to the County Recorder of Maricopa County, Arizona, to be recorded as required by law and causes executed duplicate originals thereof to be served upon the Contractors, Owner and Reputed Owners if they can be found within said County.

X _Randi Sens_____

Randi Senseman, Construction Coordinator
Gentry Estates LLC

**STATE OF ARIZONA**

**COUNTY OF Maricopa**

**SUBSCRIBED and SWORN TO** before me, a Notary Public, on this day personally appeared Randi Senseman, known to me to be the person and officer whose name is subscribed to the foregoing instrument, who after being by me duly sworn acknowledged that the statements contained above are true and correct and that he executed same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said Gentry Estates LLC.

**GIVEN UNDER MY HAND** this __26__ day of __May__, __2023__.

_____

Notary Public

My Commission Expires: __7 | 10 | 2026__

THOMAS KIM
Notary Public
Commission Number 630354
Expires: July 10, 2026
Maricopa County

# EXHIBIT A

Legal Description

LEGAL DESCRIPTION

APN: 176-16-597

LOT 34, BLOCK 3, FOUNTAIN HILLS, ARIZONA, FINAL PLAT NO. 602-C, ACCORDING TO BOOK 166 OF MAPS, PAGE 33, RECORDS OF MARICOPA COUNTY, ARIZONA.

# EXHIBIT B

Agreements, Invoices

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

1 | Page-GENTRY ESTATES/PSSC Companies LLC/ Harper Remodel

# PSSC COMPANIES LLC



"...set your hearts on all things above..."

D E S I G N  +  B U I L D

## HARPER Remodel Agreement

THIS AGREEMENT made this __14th_ day of __December___, 2021.

Between Owner/CLIENT(s):
Chandler Harper and Randee Harvel
chandlerharper0503@gmail.com; chandler@wingatelawfirm.com
randee.e.harvel@gmail.com
15812 E Thistle Dr., Fountain Hills, AZ

-and- PSSC COMPANIES LLC dba GENTRY ESTATES – AZ ROC 278337 – "Contractor"



For the following Project: Harper Home Remodel pursuant to a full set of construction drawings to be drafted and submitted to the building department for approval, and as agreed with Owner/Client and HOA as is applicable.

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

2 | Page-GENTRY ESTATES/PSSC Companies LLC/ Harper Remodel

RESPONSIBILITIES of the Parties

The Owner/Client(s) and PSSC COMPANIES LLC dba GENTRY ESTATES agree as set forth in the following terms and conditions that:
PSSC COMPANIES LLC dba GENTRY ESTATES as "Contractor" will complete the following tasks hereinafter called the "Scope of Work".

## OVERALL Scope of Work:
### Drafting, Construction Plan Submission, Design/3D Modeling and Construction

- Client/Owner has submitted a proposed remodel floor plan to Contractor and Contractor agrees to draft a full and complete set of construction building plans related to this floor plan for Owner/Client's approval and to be submitted to the building department for review and approval. Any required redlines by the building department will be addressed by Contractor and are included in this agreement.
- Contractor has provided Owner/Client with an estimated construction cost breakdown subject to the final approved construction drawings and any subsequent changes/additions. (Construction Estimate is attached hereto as exhibit A)
- All demo work, labor and materials will be completed per plans
- All underground plumbing work, labor and materials is included per plans.
- All rough in plumbing, electric and HVAC work, labor and materials, is included per code, per approved plans.
- All insulation, drywall, paint and carpentry trim work labor and materials is included per plans and owner specifications.
- This is a turnkey project and all work will be completed by Contractor per plans and specifications per the estimated construction cost breakdown
- All work will be completed per applicable building code and according to industry standards for high quality workmanship

## Specific to DESIGN/3D Modeling/Fit and Finishes:

- Owner/Client agrees (in conjunction with hiring Contractor to build their remodel/new home project), Owner/Client is also 'contracting' with our on-staff Designer to work with them in sourcing and selecting industry standard 'fit and finishes' (all finish materials) for their construction project. These 'fit and finishes' are to be sourced and selected in conjunction with Owner/Client's budget as identified in Contractor's cost breakdown/estimate or pursuant to written change order with Owner/Client.
- Owner/Client agrees and desires our on-staff Designer to aid in their design, sourcing, and purchasing of all items related to 'fit and finishes' for the project and for Designer to aid in supervising construction of Owner/Client's design, along with Contractor, through to completion of the project.
- Owner/Client agrees our on-staff Designer, will be responsible for sourcing, selecting, and purchasing all industry standard termed 'fit and finish' items according to client's personal taste in agreement with Owner/Client.

DocuSign Envelope ID: 8E72CBBB-0B80-40E1-000B-7B6DB6488888

- Owner/Client acknowledges they will relinquish to Designer full creative freedom to initiate, develop and source, pursuant to Designer's timeline, all 'fit and finish' designs/specifications for Owner/Client's project with Contractor.
- Owner/Clients are allowed 2 changes/reselections relative to each 'fit and finish' design category provided by Designer (i.e. all finish materials including but not limited to: lighting, flooring and wall tile, cabinets and countertops, painting materials, plumbing fixtures, etc).
- In the event the agreed upon allotted changes to Designer's designs or specifications (and including sourcing) are exhausted and there are subsequent changes/reselections by Owner/Client, these changes will result in an additional charge of $125 per hour for Designer's continued time incurred on the project plus any applicable fees or charges for changes in costs of related design items.
- Owner/Client agrees to work with Designer for sourcing and selection of industry standard 'fit and finishes' design selections for the entirety of their project with Contractor, pursuant to budget with Contractor or subsequent change order(s), *this does not preclude Owner from finding fit and finish sourcing on their own and advising Designer/Contractor.*
- Designer agrees to make every effort to source design selections based on Owner/Client's personal taste and budget to the best of their ability and pursuant to current market conditions/product availability to Contractor.
- Designer will provide the above services to Owner/Client ideally through preferred vendors of Designer/Contractor at discount(s)/pricing. Owner agrees to work with Vendors recommended by Designer/Contractor and if Owner chooses to solicit products from other Vendor(s) or Supplier(s), Owner/Client agrees to allow Designer/Contractor to negotiate discounted pricing prior to placing any orders for materials, supplies or related products.

## TOTAL ESTIMATED FEES FOR THE ABOVE SCOPE OF WORK (subject to final approved building and fit and finish plans) is $211,118.25

## AGREED UPON PAYMENT/DRAW SCHEDULE IS AS FOLLOWS:

- *Down payment on this agreement is 10% of the estimated total fees above, for a total of $21,111.82, and is due upon execution of this agreement payable to Contractor via Cashier's Check or certified funds or ACH bank transfer.*
- *The balance of payment owed to Contactor will be made by Owner/Client according to a predetermined 4-5 subsequent written 'draw requests' submitted to Owner/Client (approx. bi-weekly or monthly) by Contractor as work progresses. Upon submission of each successive draw request, owner/Client agrees to fund Contractor via Cashier's check or certified funds within 5 days of signed draw request.*

- *Typical draw requests will be made by Contractor in stages; i.e., plan submission, after demo is complete, framing is complete, rough ins are complete, drywall is complete and at project finish and issuance of certificate of occupancy.*
- *Construction term is approx. 4-6 months depending on material and subcontractor availability at the time of construction and is subject to Covid-19 and it's effect on materials, supplies and labor.*

**\*\*Payments to be via cashier's check or certified funds made payable to PSSC Companies LLC, or via direct ACH payment to Bank of America, Direct Deposit, Acct# 457037891084 or via Zelle Transfer to buildit@gentryestates.com**

TERMS AND CONDITIONS

**Extra Disbursements or Changes**

The Client agrees to pay PSSC COMPANIES LLC dba GENTRY ESTATES, the TOTAL PROJECT FEES (above) and for all additional 'disbursements' (if any) associated with this Project which may have been made by PSSC/Gentry to engineers or additional sub-consultants or sub-contractors or suppliers **on request and prior approval** of CLIENT/Owner. These 'disbursements' may include but are not limited to: changes to plans requiring extra costs, special engineering fees as may be required during construction, sub-consultant fees, special permit application fees, drawing reproduction costs, increases in cost of materials necessary to complete work detailed or reflected on original plans and not the fault of Contractor.

PSSC COMPANIES dba GENTRY ESTATES agree to obtain written permission from the Client prior to incurring the costs for all extra disbursements/change fees. Any advanced or other 'disbursements/change fees' becoming due within a particular phase are due and payable to 'Subcontractor' at the completion of that phase as outlined above or as agreed between the parties.

**Required Information**

The Client warrants and shall furnish at his or her own expense any plan information, that may be required for the completion of the Project prior to starting or continuing specified work, including any special inspections that may be required, the accuracy and completeness of which PSSC COMPANIES LLC dba GENTRY ESTATES LLC shall be entitled to rely upon. This information includes but is not limited to: rough plan drawings, certified land surveys, real property reports, building inspection reports, soil tests, special inspection needs, and environmental surveys, HOA requirements, Building Department/Planning Department Requirements, Engineering.

**Payment of Fees**

The fees for the Project shall be paid as outlined under Project fees. The Client agrees that all outstanding fees and disbursements are to be paid in full prior to completing

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

5 | Page-GENTRY ESTATES/PSSC Companies LLC/ Harper Remodel

more work or changes. Any outstanding balance over thirty days is subject to a monthly interest charge of 2%.

<u>Governing Law</u>

State of Arizona

**Suspension or Termination**

If the Project is terminated or if the Project is suspended or abandoned in whole or in part for more than a total of 30 days whether consecutive or not, PSSC COMPANIES LLC dba GENTRY ESTATES shall be compensated within 30 days of the date that an invoice is rendered for all services performed to that date together with reimbursable/disbursements/changes expenses. If the Project is resumed after being suspended or abandoned in whole or in part for more than a total of 30 days whether consecutive or not, the fee shall be equitably adjusted.

Unless otherwise stated in this agreement, PSSC Companies LLC dba GENTRY ESTATES services terminate after substantial performance. Any other termination of this agreement must be made in writing. PSSC COMPANIES LLC dba GENTRY ESTATES liability is limited to the correction of work in compliance with the drawings or required building inspections reports only for industry standard of workmanship.
This agreement may be terminated by either party upon seven days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initiating the termination.
This agreement may be terminated by the Client upon at least thirty days written notice to PSSC COMPANIES LLC dba GENTRY ESTATES in the event that the Project is permanently abandoned. Termination of this agreement must be in writing.

**Notices**

Any Notices are to be delivered to the parties as follows:

<u>Owner/Client(s)</u>-at address above and or via email to: chandler@wingatelawfirm.com

<u>GENTRY ESTATES LLC member of PSSC COMPANIES LLC</u>: clint@gentryestates.com; 480-712-2223 (work); 480-721-9023 (cell), 6239 E Brown Rd. #107 Mesa, AZ 85212

Terms and Descriptions as outlined above AGREED to this 14th day of December, 2021,

Owner/Client(s) Signature(s):

Name(s)_____  Chandler Harper      Randee Harvel

DATE:_____12/14/2021_____     12/14/2021

DocuSign Envelope ID: 8E72CBBB-0B80-46E1-999E-7E6D65488668

6 | Page-GENTRY ESTATES/PSSC Companies LLC/ Harper Remodel

DocuSigned by:

*Clint Schuler*

5E632083E00E4E0

**Clint Schuler/Contractor -- PSSC COMPANIES LLC dba Gentry Estates**
www.gentryestates.com clint@gentryestates.com

DATE:_____12/14/2021_____

**Cost Breakdown versus Actual Expenses**

Plan Name:

ESTIMATED COST BREAKDOWN

**GENTRY/GC - AZ ROC 278337**

6239 E Brown Rd Suite 107

Mesa, AZ 85212

480-712-2223 (Office); 480-721-9023 (Clint Cell)

EXHIBIT A

**PROJECT:**                                                               Estimate

|  |  |
|---|---|
| Sq Ft New Home | Customer Name: Chandler Harper |
| Sq Ft Addition | 15812 E Thistle Dr |
| 2165 Sq Ft Remodel | Fountain Hills, AZ |
| 120 Sq Ft Porch Addition |  |
| **2285 Total** |  |

## Hard Construction Costs

**Site Preparation - % approx. of Hard Costs**

|  | Total |
|---|---|
| Demo and Disposal - flooring, cabs and tops, doors, fixtures, spa, porch columns and lights | $14,072.50 |
| City Bldg. Permit Fees/Plan Review/Zoning Fees/extra fee demo walls | $1,082.50 |
| Building Planset Design Fees/Designer Elevations/Submission for Permits/HOA Submittal/Review/Redlines | $5,412.50 |

**Foundation Costs - % approx. of Hard Costs**

|  | Total |
|---|---|
| Foundation and Flatwork L&M | $1,950.00 |
| Flatwork L&M - pads and walks, updates (allowance) | $780.00 |
| Flatwork L&M - Pour Back for Plumbing Trenches | $1,575.00 |
| Flatwork L&M - Patio (Concrete or Pavers) | $0.00 |
| Trench Backfill, AB/ABC/Sand Materials and Placement Labor | $350.00 |
| Termit Treatment/Drain Tile Labor and Materials | $550.00 |
| Water and Waste Water Taps/Extensions | $0.00 |
| Port a Johns/Fence | $1,082.50 |
| Underground Plumbing | $3,300.00 |

**Framing and Rough In Costs - % approx. of Hard Costs**

|  | Total |
|---|---|
| Plumbing Rough In | $2,250.00 |
| Electric Rough In | $6,400.00 |
| Heating/AC Rough In | $3,850.00 |
| Framing Labor | $2,700.00 |
| Equipment Rental Fees | $500.00 |
| Roofing Materials and Labor | $2,700.00 |
| Roof Trusses | $3,500.00 |
| Stucco/Siding Materials and Labor - Sand Finish and Eave Detail | $16,500.00 |
| French Doors and Install M&L | $1,750.00 |
| Rough In Lumber | $3,500.00 |
| Drywall Materials and Labor - Repairs and Refinish Texture to 80/20 Santa Fe | $6,500.00 |
| 50% Cabinets and Granite/Solid Surface Countertops M&L | $12,500.00 |
| Fireplace Wall Remodel | $3,500.00 |
| 50% Wall Tile and Flooring Materials and Labor | $12,500.00 |

**Trim Out Costs - % approx. of Hard Costs**

|  |  | Total |
|---|---|---|
| Light Fixtures |  | $2,000.00 |
| Plumbing Trim/Fixtures |  | $2,500.00 |
| Electric Trim |  | $2,200.00 |
| Heating/AC Trim |  | $1,100.00 |
| Appliances |  | $20,000.00 |
| 50% Wall Tile and Flooring Materials and Labor |  | $15,000.00 |
| Painting L&M (ext. and int.) |  | $5,775.00 |
| Trim L&M (incl. handrails if applicable) |  | $2,750.00 |
| 50% Cabinets and Granite/Solid Surface Countertops M&L |  | $12,500.00 |
| Building Materials Final/Misc |  | $0.00 |
|  | hardware | $800.00 |

| | | |
|---|---|---:|
| | masking and tape | $800.00 |
| | sheetrock mud and tape, corner bead | $1,575.00 |
| | Interior doors, casing and trim | $1,650.00 |
| | Exterior Man Doors | $500.00 |
| | Standard Door Hardware | $500.00 |
| Final Grading | | $500.00 |
| Disposal | | $3,500.00 |
| Shipping MISC | | $277.50 |
| Material Pick-up and Delivery | | $275.00 |
| Trip Charges | | $550.00 |
| Fuel Expenses | | $550.00 |
| General Labor/Super | | $5,250.00 |
| Cleaning/Clean-up | | $750.00 |
| | **Hard Cost Total** | **$190,107.50** |

## SOFT COSTS
### LAND ACQUISITION
Land Cost + closing agent fee

### BUILDER COSTS/Profit
Construction Drawings
Builders Insurance/Builders Risk
Builder Labor Fees/Profit
Project Manager Fee

| | |
|---|---:|
| General Contractor Overhead | $2,000.00 |
| General Contractor Fee | $19,010.75 |
| Contingency Fee/General Contractor Profit | |
| Warranty Fee | |

| | |
|---|---:|
| **Total** | **$211,118.25** |
| SALES TAX per COUNTY | |
| **GRAND TOTAL** | **$211,118.25** |

| Cost Breakdown versus Actual Expenses | | |
|---|---|---|
| *Plan Name: HARPER ADDITION AND REMODEL* | | |
| ESTIMATED COST BREAKDOWN | | |
| GENTRY/GC - AZ ROC 278337 | | |
| 6239 E Brown Rd Suite 107 | | |
| Mesa, AZ 85212 | | |
| 480-712-2223 (Office), 480-721-9023 (Clint Cell) | | |
| | | |
| **PROJECT:** | | Estimate |
| Customer Name: Chandler Harper, Randee Harvel, addition and remodel per approved plans | | |
| 15812 E Thistle Dr | | |
| Fountain Hills, AZ | | |
| | | |
| **Hard Construction Costs** | | |
| | | |
| | | Total |
| Demo and Disposal - flooring, cabs and tops, doors, fixtures, spa, porch columns and lights | | $11,000.00 |
| City Bldg. Permit Fees/Plan Review/Zoning Fees/extra fee demo walls | | $1,500.00 |
| | | |
| Building Planset Design Fees/Designer Elevations/Submission for Permits/HOA Submittal/Review/Redlines | | $3,000.00 |
| | | |
| | | Total |
| Foundation and Flatwork L&M | | $4,800.00 |
| Flatwork L&M - pads and walks, updates (allowance) | | $700.00 |
| Flatwork L&M - Pour Back for Plumbing Trenches | | $1,000.00 |
| Flatwork L&M - Patio (Concrete or Pavers) | | $0.00 |
| Trench Backfill, AB/ABC/Sand Materials and Placement Labor | | $300.00 |
| Termit Treatment/Drain Tile Labor and Materials | | $550.00 |
| Water and Waste Water Taps/Extensions | | $0.00 |
| Port a Johns/Fence | | $1,282.50 |
| Underground Plumbing | | $4,400.00 |
| Contingency | | $0.00 |
| | | |
| | | Total |
| Plumbing Rough In | | $7,800.00 |
| Electric Rough In | | $12,000.00 |
| Heating/AC Rough In (all new units) | | $19,600.00 |
| Crane | | $0.00 |
| Framing Labor | | $6,000.00 |
| Equipment Rental Fees | | $500.00 |
| Masonry L& M- 80 Lineal Ft Blok Wall | | $0.00 |
| Cultured Stone M & L | | $0.00 |
| Roofing Materials and Labor | allowance | $6,000.00 |
| Gutter | | $0.00 |
| Roof Trusses/Rafters | allowance | $6,500.00 |
| Stairs | | $0.00 |
| Floor Joists | | $0.00 |
| Stucco/Siding Materials and Labor - Sand Finish and Eave Detail | | $20,000.00 |
| Windows, Patio French Doors and Sliding Door and Install M&L | allowance | $15,000.00 |
| Porta Johns/Fence | | $550.00 |
| Rough In Lumber | allowance | $8,500.00 |
| Drywall Materials and Labor - Repairs and Refinish Texture to 80/20 Santa Fe | | $21,000.00 |
| Insulation L&M (walls floors, attic) | | $0.00 |
| Utility Fees | | $0.00 |
| 50% Cabinets and Granite/Solid Surface Countertops M&L | allowance | $15,000.00 |
| 50% Countertops and Fabrication | allowance | $12,500.00 |
| Fireplace Wall Remodel/Tile L&M | allowance | $4,000.00 |
| 50% Wall Tile and Flooring Materials and Labor (450 sq ft baths tile) (2200 sq ft engineered) | allowance | $15,000.00 |
| Contingency | | $0.00 |
| | | |
| | | Total |
| Light Fixtures | allowance | $5,000.00 |
| Plumbing Trim/Fixtures | allowance | $10,000.00 |

| | | |
|---|---|---|
| Electric Trim | | $5,500.00 |
| Heating /AC Trim | | $4,675.00 |
| Appliances (purchased already?) | allowance | $0.00 |
| 50% Wall Tile and Flooring Materials and Labor | allowance | $15,000.00 |
| Painting L&M (ext and int ) | | $7,350.00 |
| Trim L&M (incl handrails if applicable) | | $4,400.00 |
| Deck Labor and Materials | | $0.00 |
| 50% Cabinets and Granite/Solid Surface Countertops M&L | allowance | $15,000.00 |
| Garage Doors and Opener | allowance | $0.00 |
| Building Materials Final/Misc | | $0.00 |
| hardware | | $1,100.00 |
| masking and tape | | $1,100.00 |
| sheetrock mud and tape, corner bead | | $1,923.75 |
| Interior doors, casing and trim | | $3,250.00 |
| Exterior Man Doors/Front Door M&L | allowance | $6,500.00 |
| Standard Door Hardware | | $2,500.00 |
| handrail materials | | $0.00 |
| | | $0.00 |
| Final Grading | | $750.00 |
| Disposal | | $5,500.00 |
| Shipping MISC | | $700.00 |
| Material Pick-up and Delivery | | $1,400.00 |
| Trip Charges | | $910.00 |
| Fuel Expenses | | $2,100.00 |
| General Labor/Super | | $10,400.00 |
| Fire Sprinkler - per Building Department Requirements | | $15,000.00 |
| Cleaning/Clean-up | | $1,200.00 |
| **Hard Cost Total** | | **$319,741.25** |
| | | |
| **SOFT COSTS** | | |
| | | |
| General Contractor Overhead | | $3,000.00 |
| General Contractor Fee | | $31,974.13 |
| Contingency Fee/General Contractor Profit | | |
| Warranty Fee | | |
| | | |
| | | |
| **Total** | | **$354,715.38** |
| **SALES TAX per COUNTY** | | |
| | | |
| **GRAND TOTAL** | | **$354,715.38** |
| | | |
| Price per SQ FT LIVING (Finished) | | **$138.29** |
| | | |
| REQUESTED DRAW REQUEST DISBURSEMENTS PER CONSTRUCTION STAGES IN CONTRACT | | |
| | | |
| 1. DOWN PAYMENT (on original $211K appprox. Contract sum) (PAID) | | $21,111.82 |
| 2. DEMO COMPLETE AND START OF FOUNDATION WORK | | $60,000.00 |
| 3. FOUNDATION COMPLETE/FRAMING START | | $60,000.00 |
| 4. FRAMING COMPLETE/ROUGH INS FOR ELECTRIC AND PLUMBING AND HVAC START | | $80,000.00 |
| 5. ROUGH INS COMPLETE/DRYWALL START | | $50,000.00 |
| 6. DRYWALL COMPLETE/START OF FINISH, WALLS, CABS, COUNTERTOPS, PLUMBING AND ELECTRICAL FIXTURES ETC | | $40,000.00 |
| 7. BALANCE ON COMPLETION OF CONSTRUCTION and CERTIFICATE OF OCCUPANCY | | $43,603.56 |
| | SUM TOTAL | $354,715.38 |

AMENDED COST BREAKDOWN AGREED TO THIS 22nd Day of June, 2022

**(any unsed allowances or item(s) purchased by Owner will be credited to the contract amount) - all other contract terms remain the same

DocuSigned by:

Signature(s)

Chandler Harper   *Chandler Harper* 6/22/2022

DC99BBSpbe16F4

Kandee Harvell   *Kandee Harper* 6/22/2022

WWKCM0A5DA8E

*[signature]*

Greg Scholer - Contractor

# EXHIBIT C

20-Day Preliminary Notice(s) Served, Affidavit,
Proof of Service

File No.: 389991       [AZ]
Notice Requested by and Return To:
Titan Lien Services
PO Box 4400
Scottsdale, AZ 85261
AZ LDP Cert# 80895 & 81449

Company:Gentry Estates LLC
Project:Harper Remodel
Cert No: 1st Class Mail Return Reciept Requested

**TWENTY DAY PRELIMINARY NOTICE**
In Accordance With Arizona Revised Statutes Section 33-992.01
THIS IS NOT A LIEN. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR

The name of the person on whose behalf this notice is sent and who furnished labor, service, equipment or materials is:
Gentry Estates LLC
7907 E Portobello Ave
Mesa, AZ 85212
Tel: 480-721-9023

1. The following is a general description of the labor, service, equipment or materials furnished or to be furnished by the undersigned:
Interior remodel with extension to 1 room and front entryway.

2. Estimated Price: $   211,118.00

3. The description of the jobsite is:
Harper Remodel
15812 E Thistle Dr.
Fountain Hills, AZ 85268
County of Maricopa

OWNER OR REPUTED OWNER
Chandler Harper/ Randee Harvel
15812 E Thistle Dr.
Fountain Hills, AZ 85268

OWNER OR REPUTED OWNER
Harvel Nan Rachelle / Harvel Randee
15812 E Thistle Dr.
Fountain Hills, AZ 85268

ORIGINAL CONTRACTOR OR REPUTED CONTRACTOR
Gentry Estates Llc
7907 E Portobello Ave
Mesa, AZ 85212

NOTICE TO PROPERTY OWNER
IF BILLS ARE NOT PAID IN FULL FOR THE LABOR, PROFESSIONAL SERVICES, MATERIALS, EQUIPMENT, MACHINERY, FIXTURES OR TOOLS FURNISHED OR TO BE FURNISHED, A MECHANICS LIEN LEADING TO THE LOSS, THROUGH COURT FORECLOSURE PROCEEDINGS, OF ALL OR PART OF YOUR PROPERTY BEING IMPROVED MAY BE PLACED AGAINST THE PROPERTY.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS CONSEQUENCE BY EITHER

1. Requiring your contractor to furnish a conditional waiver and release pursuant to Arizona revised statutes section 33-1008, subsection D, paragraphs 1 and 3 signed by the person or firm giving you this notice before you make payment to your contractor.
2. Requiring your contractor to furnish an unconditional waiver and release pursuant to Arizona Revised Statutes section 33-1008, Subsection D, paragraphs 2 and 4 signed by the person or firm giving you this notice after you make payment to your contractor.
3. Using any other method or device that is appropriate under the circumstances.

WITHIN TEN DAYS OF THE RECEIPT OF THIS PRELIMINARY TWENTY DAY NOTICE THE OWNER OR OTHER INTERESTED PARTY IS REQUIRED TO FURNISH ALL INFORMATION NECESSARY TO CORRECT ANY INACCURACIES IN THE NOTICE PURSUANT TO ARIZONA REVISED STATUTES 33-992.01, SUB SECTION 1 OR LOSE AS A DEFENCE ANY INACCURACY OF THAT INFORMATION.
WITHIN TEN DAYS OF THE RECEIPT OF THIS PRELIMINARY TWENTY DAY NOTICE, IF ANY PAYMENT BOND HAS BEEN RECORDED IN COMPLIANCE WITH ARIZONA REVISED STATUTES SECTION 33-1003, THE OWNER MUST PROVIDE A COPY OF THE PAYMENT BOND INCLUDING THE NAME AND ADDRESS OF THE SURETY COMPANY AND BONDING AGENT PROVIDING THE PAYMENT BOND TO THE PERSON WHO HAS GIVEN THE PRELIMINARY TWENTY DAY NOTICE.  IN THE EVENT THAT THE OWNER OR OTHER INTERESTED PARTY FAILS TO PROVIDE THE BOND INFORMATION WITHIN THAT TEN DAY PERIOD, THE CLAIMANT SHALL RETAIN LIEN RIGHTS TO THE EXTENT PRECLUDED OR PREJUDICED FROM ASSERTING A CLAIM AGAINST THE BOND AS A RESULT OF NOT TIMELY RECEIVING THE BOND INFORMATION.

The name of the person who contracted for purchase of that furnished labor, service, equipment or materials is:

Chandler Harper/ Randee Harvel
15812 E Thistle Dr.
Fountain Hills, AZ 85268

Company Name:        Gentry Estates LLC

J. Nielsen, Manager
May 27, 2022            Titan Lien Services

Upon receipt of this notice, please detach and sign this Acknowledgment and return same to
Titan Lien Services, PO Box 4400, Scottsdale AZ 85261 - 480-380-3434 FAX 480-380-3636

**ACKNOWLEDGMENT OF RECEIPT OF PRELIMINARY TWENTY DAY NOTICE**

This acknowledges receipt on _____ of a copy of the preliminary 20 day notice
(Date received)
Name: _____        Signature: _____

Date Signed:
File No.:  389991
Date of Notice:   May. 27, 2022

Job Name:       Harper Remodel
Company Name:   Gentry Estates LLC

**AFFIDAVIT AND PROOF OF SERVICE**
**TWENTY DAY NOTICE**

**Bridget Nielsen**       being duly sworn upon her oath deposes and says:

**THAT** she is the    Limited Agent    of Titan Lien Service, Inc., who prepared and mailed documents for
Gentry Estates LLC located at 7907 E Portobello Ave , Mesa, AZ 85212

**THAT AN ARIZONA PRELIMINARY TWENTY DAY LIEN NOTICE** was served as **PRESCRIBED IN ACCORD-**
**ANCE WITH ARIZONA REVISED STATUTES SECTION 33-992** on   May 27, 2022    on the project located at:

Harper Remodel  15812 E Thistle Dr.  Fountain Hills AZ 85268

**THE MAILING WAS MADE BY FIRST CLASS MAIL CERTIFICATION ON THE FOLLOWING PERSONS ON**
**THE ABOVE REFERENCED DATES:**

| OWNER OR REPUTED OWNER: | OWNER OR REPUTED OWNER: | ORIGINAL CONTRACTOR OR |
|---|---|---|
| Chandler Harper/ Randee Harvel | Harvel Nan Rachelle / Harvel | REPUTED CONTRACTOR: |
| 15812 E Thistle Dr. | Randee | Gentry Estates Llc |
| Fountain Hills, AZ 85268 | 15812 E Thistle Dr. | 7907 E Portobello Ave |
|  | Fountain Hills, AZ 85268 | Mesa, AZ 85212 |

_Bridget Nielsen_
Bridget Nielsen

STATE OF ARIZONA     }   ss

County of Maricopa

THIS INSTRUMENT WAS SUBSCRIBED AND SWORN TO BEFORE ME THIS
**25TH DAY OF MAY 2023**
BY  BRIDGET NIELSEN
ACTING IN HER CAPACITY AS LIMITED AGENT FOR   **GENTRY ESTATES LLC**

PAULA M MOSER
Notary Public, State of Arizona
Maricopa County
Commission # 680021
My Commission Expires
March 25, 2024

_Paula M. Moser_
NOTARY PUBLIC

5/25/23
DATE

20230275974

Mailing Party:
Titan Lien Services, Inc
PO Box 4400
Scottsdale AZ 85261

## First Class Certificate of Mailing
May 27, 2022

| Item | Prelien No. | Name and Address | Postage | Fee |
|---|---|---|---|---|
| 25 | 389991 | Chandler Harper/ Randee Harvel<br>15812 E Thistle Dr.<br><br>Fountain Hills, AZ 85288 | $0.47 | $0.36 |
| 26 | 389812,389983 | Chasse Building Team<br>230 S. Siesta Lane<br><br>Tempe, AZ 85281 | $0.47 | $0.36 |
| 27 | 390035 | Chelsea Holdings LLC<br>775 Prairie Center Drive Ste 400<br><br>Eden Prairie, MN 55344 | $0.47 | $0.36 |
| 28 | 390003 | CIGARRO GRANDE LLC<br>9411 110TH PL NE<br><br>Kirkland, WA 98033 | $0.47 | $0.36 |
| 29 | 388845 | City Of Surprise<br>16000 N Civic Center Plz<br><br>Surprise, AZ 85374 | $0.47 | $0.36 |
| 30 | 390037 | Crawford Mechanical Services, LLC<br>408 S Hamilton Ct<br><br>Gilbert, AZ 85233 | $0.47 | $0.36 |
| 31 | 390019,390020<br>390021 | Cyrene at Estrella LLC C/O Curve Development<br>3121 N 44TH ST<br><br>Phoenix, AZ 85018 | $0.47 | $0.36 |
| 32 | 390037 | DEL WEBB I MEDICAL PROPERTIES LLC<br>800 W MADISON ST SUITE 400<br><br>Chicago, IL 60607 | $0.47 | $0.36 |
| 33 | 390037 | Del Webb I Medical Properties LLC.<br>PO Box 37243<br><br>Charlotte, NC 28237 | $0.47 | $0.36 |
| 34 | 389985 | Doan Restoration of Arizona<br>1950 E Watkins St #140<br><br>Phoenix, AZ 85034 | $0.47 | $0.36 |
| 35 | 390023 | Doug / Linda Merritt<br>7307 West Sweetwater Avenue<br><br>Peoria, AZ 85381 | $0.47 | $0.36 |
| 36 | 389696 | Drive Development Partners-Owners Rep<br>3125 N 44th St<br><br>Phoenix, AZ 85018 | $0.47 | $0.36 |

US POSTAGE PITNEY BOWES

ZIP 85258 $ 004.32⁰
02 4W
0000372444 MAY. 27. 2022

SCOTTSDALE
MAY 27 2022
POSTMASTER
Verification

Received by: _____ Number of Pieces: 12 Total $5.64 $4.32

Mailing Party
Titan Lien Services, Inc.
PO Box 4400
Scottsdale AZ 85261

### First Class Certificate of Mailing
May 27, 2022

| Item | Pretien No. | Name and Address | Postage | Fee |
|------|-------------|------------------|---------|-----|
| 49 | 999995 | Great Western Contracting<br>PO Box 1921<br><br>Huley, AZ 85236 | $0.47 | $0.96 |
| 50 | 999996,999995 | Great Western Preds, LLC<br>PO Box 1921<br><br>Huley, AZ 85236 | $0.47 | $0.96 |
| 51 | 999917,999918 | GWH Sunrise LLC<br>7600 E DOUBLETREE RANCH RD STE 240<br><br>Scottsdale, AZ 85258 | $0.47 | $0.96 |
| 62 | 999907,999908<br>999909,999910 | GWH SUNSET FARMS LLC<br>7600 E DOUBLETREE RANCH RD STE 240<br><br>Scottsdale, AZ 85258 | $0.66 | $0.96 |
| 63 | 999912 | Hartford Accident & Indemnity Co<br>1 Hartford Plaza<br><br>Hartford, CT 06115 | $0.47 | $0.96 |
| 64 | 999951 | Harvel Han Rechurbe / Harvel Randou<br>15412 E 114th Dr<br><br>Fountain Hills, AZ 85268 | $0.47 | $0.96 |
| 65 | 999950 | Helles Construction Inc.<br>59000 W Farmer Lane<br>Cedar Park, Texas<br>Cedar Park, TX 78613 | $0.47 | $0.96 |
| 66 | 999949 | Highland Prep, an Arizona Non Profit Corporation<br>59000 W Hearn Road<br><br>Surprise, AZ 85378 | $0.47 | $0.96 |
| 67 | 999946 | Interdev Southwest Insurance Services, LLC<br>4646 E Van Buren St Suite 930<br><br>Phoenix, AZ 85008 | $0.47 | $0.96 |
| 68 | 999996 | Jadied H Sayadbarandri<br>98126 N 119th Street<br>Lot 12<br>Scottsdale, AZ 85256 | $0.47 | $0.96 |
| 69 | 999955 | Jen Isarda<br>5817 North 19th Street<br><br>Phoenix, AZ 85016 | $0.47 | $0.96 |
| 70 | 999911,999912<br>999913 | JJ Construction, LLC<br>5945 W Peroria Ln Ste 205<br><br>Phoenix, AZ 85027 | $0.47 | $0.96 |

| Received by: | Number of Pieces | 12 | Total | $6.60 | $4.82 |

EXHIBIT D

# Cost Breakdown versus Actual Expenses

*Plan Name: HARPER ADDITION AND REMODEL*

**ESTIMATED COST BREAKDOWN**

**GENTRY/GC - AZ ROC 278337**
6242 E Brown Rd Suite 107
Mesa, AZ 85212
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 (Office), 480-721-9023 (Clint Cell)

**PROJECT:**
Customer Name: Chandler Harper, Randee Harvel, addition and remodel per approved plans
1547 E Thistle Dr
Fountain Hills, AZ

## Hard Construction Costs

| | Estimate | Trade Estimates/Totals | | OVER/UNDER BUDGET |
|---|---|---|---|---|
| Plans/Lot/Site Plan Layout | $0.00 Total | | | |
| Demo and Disposal - flooring, cabs and tops, doors, fixtures, spa, porch columns and | $11,000.00 | $13,018.75 | Demo junkies/delfina/Alberto/grarage demo/Gentry Estates (4200) — $380.00 Demo Junkies; $700.00 Demo Junkies; $250.00 Level Up Garage Door; $750.00 Demo Junkies; $4,200.00 Gentry Laborers; $6,738.75 C&R Excavating | -$2,018.75 |
| Bldg. Permit Fees/Plan Review/Zoning Fees/extra fee demo walls | $1,500.00 | $1,534.52 | Fountain Hills permit/NPOA $400 refundable — 934.52 Fountain Hills; 600 NOPA | -$34.52 |
| Building Plan/set Design Fees/Designer Elevations/Submission for Permits/HOA Submittal/Review/Redlines *(approx. $700 credit from previously paid, permit fee...)* | $3,000.00 | $3,000.00 Gentry | $250.00 Caliber Engineering; $2,750.00 Gentry Drafting and Design | $0.00 |
| Foundation and Flatwork L&M | $4,800.00 Total | $7,000.00 | Ricardo $5500/Fernando ($1500) — $5,500.00 Ricardo Concrete; $1,500.00 EZ equipment rentals | -$2,200.00 |
| Flatwork L&M - pads and walks, updates (allowance) | $700.00 | $700.00 | Gentry/AB Fill | $0.00 |
| Flatwork L&M - Pour Back for Plumbing Trenches | $1,000.00 | $15,127.19 | Gentry/Mark H. Holden's and Home Depot | -$14,127.19 |

| Desc | Amount | Total | Gentry (detail) | | Balance |
|---|---|---|---|---|---|
| Flatwork L&M - Patio (Concrete or Pavers) | $0.00 | | $1,320.00 | MLG Concrete supply | -$1,275.00 |
| | | | $1,700.00 | Del Sol | |
| | | | $2,800.00 | Del Sol | |
| | | | $1,750.00 | MLG Concrete supply | |
| | | | $1,860.00 | MLG Concrete supply | |
| | | | $2,680.00 | MLG Concrete supply Nina Construction | |
| | | | $1,637.19 | Supply | |
| Trench Backfill, AB/ABC/Sand Materials and Placement Labor, demo old pavers | $300.00 | | $1,380.00 | Gentry Plumbing Trenches Labor and Pour back | $0.00 |
| | | $1,575.00 | $1,575.00 | Gentry/electrical, excavation and back fill/Hidden and Gus/New SRP Trench etc | |
| Permit Treatment/Drain Tile Labor and Materials | $550.00 | $550.00 | $550.00 | Gentry/Jeff W spray, new foundation area | $0.00 |
| Water and Waste Water Taps/Extensions | $0.00 | $4,360.31 | | National Construction Rentals | -$2,527.81 |
| | | | $2,527.81 | National Construction Rentals | |
| | | | $252.34 | final National Rutan Plumbing 1029/Gentry 2550 | |
| Johns/Fence | $1,832.50 | | | | |
| Underground Plumbing | $4,400.00 | $4,575.00 | $2,025.00 | Rutan Plumbing | -$175.00 |
| | | | $2,550.00 | Gentry Saw Cut and Concrete Demo/Excavation | |
| Plumbing Rough In | $7,800.00 | $11,084.33 | | Rutan Plumbing 1021 | -$3,284.33 |
| | | | $8,336.23 | Rutan plumbing | |
| | | | $713.13 | Rutan | |
| | | | $384.97 | Rough in valves | |
| | | | $1,650.00 | Gas Line | |
| | | Total | | Total Paid to Gus thru 03/23 Zelle | |
| Elec Rough In | $12,000.00 | $14,720.00 | $12,120.00 | Gus | -$2,720.00 |
| | | | $2,200.00 | Gus Low Voltage - Add On | |
| Heat/AC Rough In (all new units) | $19,600.00 | $14,937.06 | $14,937.06 | Valley AC EST 1019 Valley AC | $4,662.94 |
| Crete | $0.00 | | | | $0.00 |
| Framing Labor | $6,000.00 | $21,905.00 | $1,550.00 | Angel Hemi Platnum Hemi Platnum | -$15,905.00 |
| | | | $1,440.00 | Hemi Platnum | |

| Description | Allowance | Budget | Actual | Vendor / Detail | Payment Breakdown | Variance |
|---|---|---|---|---|---|---|
| | | | | Miguel Perez | $2,160.00 Hemi Platnum | |
| | | | | | $4,900.00 Hemi Platnum | |
| | | | | | $4,500.00 Hemi Platnum | |
| | | | | | $3,855.00 Hemi Platnum | |
| | | | | | $900.00 Miguel | |
| | | | | | $1,800.00 Miguel | |
| | | | | | $800.00 Miguel | |
| Equipment Rental Fees | | $500.00 | $500.00 | mini ex, bobcat dump trailer holden trailer | $500.00 | $0.00 |
| Masonry L & M- 80 Lineal Ft Blok Wall (Cultured Stone M & L) | | $0.00 | | Home Depot | $88.34 | $0.00 |
| Roofing Materials and Labor | allowance | $0.00 | $2,200.00 | Jose Marivilla | $2,200.00 | -$2,200.00 |
| | | $6,000.00 | $9,500.00 | Jose Marivilla | $9,500.00 | $0.00 |
| Trusses/Rafters - | allowance | $0.00 | $6,680.00 | Gentry Labor, drop ceilings, closet framing for electric, insulation for electric, extra ceiling | $6,680.00 | -$180.00 |
| | | $6,500.00 | | | | |
| Floor Joists | | $0.00 | | | | |
| | | $0.00 | | Jose | $22,000.00 | |
| Stucco/Siding Materials and Labor - Sand Finish and Eave Detail | | $20,000.00 | $22,058.08 | Jose Marivilla - stucco | $58.08 Home Depot | -$2,058.08 |
| Windows, Patio French Doors and Sliding Door and Install M&L | allowance | $15,000.00 | $7,453.58 ABC | ABC - IWC Windows / IWC transom | $6,965.85 ABC, IWC Windows / $487.73 IWC transom | $7,546.42 |
| Paint Johns/Fence | | | | original order and misc purchases (1565) | | $0.00 |
| Rough In Lumber | allowance | $8,500.00 | $8,463.99 | R&K Lumber | $8,463.99 R&K Lumber | $36.01 |
| Drill Materials and Labor - Repairs and Refinish Texture to 80/20 Santa Fe | | $21,000.00 | $21,074.68 | Raphael/Jennifer labor +mat, Alberto | $8,813.88 Raphael/Jennifer / $9,500.00 Alberto_AAA / $2,704.00 Home Depot / $56.80 Home Depot | -$74.68 |
| Insulation L&M (walls floors, attic) | | $0.00 | $5,390.00 | Gale Insulation | $5,390.00 Gale Insulation | -$5,390.00 |
| Utility Fees | | $0.00 | $145.00 | AZ propane | $145.00 AZ propane | $0.00 |

| Item | | Amount | Total | Detail Amount | Vendor/Description | Variance |
|---|---|---|---|---|---|---|
| 50% Cabinets and Granite/Solid Surface Countertops M&L | allowance | $15,000.00 | $15,000.00 OWNER SUPPLY | | | $15,000.00 |
| 50% Countertops and Fabrication | allowance | $12,500.00 | $6,077.44 (River's worksheet) | $2,177.44 | AZ Tile | $6,422.56 |
| | | | | $3,900.00 | Royal Designs | |
| Fireplace Wall Remodel/Tile L&M | allowance | $4,000.00 | $2,030.05 Materials/Labor (River's worksheet) | $361.76 | Fire Brick | $1,969.95 |
| | | | | $1,560.00 | Gentry Labor and Materials – Holden and Mark, framing and drywall, demo old, gas line | |
| | | | | $108.29 | Amazon–Firepit pan | |
| 50% Wall Tile and Flooring Materials and Labor (450 sq ft baths tile) (2200 sq ft engineered) | allowance | $15,000.00 | $23,069.84 Arizona Hardwood/Bedrosians/ AZ tile (River's worksheet) | $795.09 | AZ tile | -$8,069.84 |
| | | | | $2,463.39 | bedrosians | |
| | | | | $19,811.36 | AZ hardwood | |
| Contingency | | $0.00 | **Total** $0.00 | | | |
| Fixtures | allowance | $5,000.00 | $5,000.00 Owner Supplying | | | |
| Flooring Trim/Fixtures | allowance | $10,000.00 | $13,085.52 Fixtures/Shower Door (River's worksheet) | $2,270.30 | Home depot | -$3,085.52 |
| | | | | $1,308.16 | Build.com | |
| | | | | $1,512.83 | Build.com | |
| | | | | $454.85 | Home depot | |
| | | | | $854.05 | build.com | |
| | | | | $1,605.47 | Build.com | |
| | | | | $669.86 | Home depot | |
| | | | | $2,840.00 | Above and Beyond | |
| | | | | $1,570.00 | Gentry Plumbing Trim Labor/Mark | |
| Electric Trim | | $5,500.00 | $7,078.27 Materials / Gustavo | $800.00 | Gus | -$1,578.27 |
| | | | | $2,700.00 | Gus | |
| | | | | $2,141.75 | Independent Electric | |
| | | | | $203.58 | Home Depot | |
| | | | | $67.06 | Home Depot | |
| | | | | $1,165.88 | Home Depot | |
| Heating/AC Trim | | $4,675.00 | $9,958.04 Valley AC | $9,958.04 | Valley AC EST 1019 Mark H Home Depot Registers Receipt | -$5,283.04 |
| | | | | $649.39 | | |
| Appliances (purchased already?) | allowance | $0.00 | | | | |
| 50% Wall Tile and Flooring Materials and Labor | allowance | $15,000.00 | $12,725.60 Tile materials/Estimate for Install(River's worksheet) | | | $2,274.40 |

| Description | Sub-description | Allowance | Budget | Vendor / Bid | Line Items | Total / Variance |
|---|---|---|---|---|---|---|
| Painting L&M (ext. and int.) | | | $7,350.00 | | $3,950.00 APH; $5,660.00 APH; $2,780.00 APH; $335.60 F&D | -$1,550.00 |
| Tile L&M (incl. handrails if applicable) | | | $4,400.00 | $8,900.00 Alberto Mendoza; $6,197.61 (Home Depot +labor, Gentry Will and Mark, Carlos, Albert) | $8,900.00 Alberto Mendoza; $97.61 Home Depot; $6,100.00 Gentry Labor: base, casing, doors, new doors, hardware, shelving, kitchen mods, cab mods, etc | -$1,797.61 |
| Dept Labor and Materials | | | $0.00 | | | |
| 50C Cabinets and Granite/Solid Surface Countertops M&L | | allowance | $15,000.00 | $0.00 | $15,000.00 Owner supplying/TBD | $15,000.00 |
| Garage Doors and Opener | | allowance | $0.00 | | $3,955.00 Level Up | -$3,955.00 |
| | | | $0.00 | | | $0.00 |
| Building Materials Final/Misc | hardware | | $1,100.00 tracked below | | | |
| | masking and tape | | $1,100.00 tracked below | | | |
| | sheetrock mud and tape, corner bead | | $1,923.75 | $162.45 Home Depot | $105.65 Home Depot; $56.80 Home Depot | $1,761.30 |
| | Interior doors, casing and trim | | $3,250.00 | $10,302.95 (Lowes/Home Depot/Discount) | $376.20 Lowes; $2,552.35 Lowes; $648.00 Home Depot; $1,436.00 Discount Door and Trim; $96.20 Discount Trim; $362.76 HOME DEPOT; $147.90 HOME DEPOT; $333.84 HOME DEPOT; $537.00 Skylights; $2,043.00 Balance of Gentry Skylight Labor install, drywall and paint, per change order; $506.72 Discount Base Trim; $496.41 Home Depot; $827.47 Lowes | -$7,052.95 |
| | Misc. Lumber and etc | | | | | |
| Exterior Man Doors/Front Door M&L | | allowance | $6,500.00 | $15,097.00 ETO Doors/Wedge Doors | $1,522.00 ETO; $11,500.00 Wedge; $2,075.00 Wedge Install | -$8,597.00 |
| | Standard Door Hardware | | $2,500.00 | $1,332.36 River's Worksheet | $313.98 Etsy; $183.25 Home Depot | $1,167.64 |
| | handrail materials | | $0.00 | | | |

| Line Item | Note | Est. | Actual | Detail | Detail Vendor/Description | Adj./Change Order | Change Order Description |
|---|---|---|---|---|---|---|---|
| | handrail materials | $0.00 | | $798.50 | Home Depot | -$550.00 | $1,909.94  change order windows doors etc |
| | | $0.00 | | $36.63 | Home Depot | -$1,232.20 | $3,300.00  change order soffits etc |
| Fine Grading | | $750.00 | $1,300.00 | $1,300.00 | Gentry Day Labor/Alberdo-Holden Trailer/misc Disposal Haul Off/Dump | | $5,440.00  change order garage door and sk |
| Disposal | | $5,500.00 | $6,732.20 | $448.00 | Atlas Disposal / MH-Disposal Atlas Disposal/MH Dumpster | | $5,980.00  Invoice concrete demo, driveways |
| | | | | $6,732.20 | | | $726.96  Invoice permit fees |
| Shoring MISC | | $700.00 | $0.00 | | | -$1,149.00 | $13,650.00  change order concrete etc |
| Material Pick-up and Delivery | | $1,400.00 | $2,549.00 | $990.00 | Various trips Mark H and Holden Gentry | | |
| | | | | $1,250.00 | 21' Glu Lam Beam from other job for garage door header | | |
| | | | | $309.00 | MH Dumpster (Beam transport) | | |
| Draw Charges | | $910.00 | $0.00 | | | $910.00 | |
| Fuel Expenses | | $2,100.00 | $3,390.00 | $3,390.00 | Gentry Fuel Cards | -$1,290.00 | |
| General Labor/Super | | $10,400.00 | $24,800.00 | | Will Superintendent | -$14,400.00 | |
| Sprinkler - per Building Department Requirements | | $15,000.00 | $4,500.00 | $4,500.00 | Alpha Fire Sprinkler | $10,500.00 | |
| Closing/Clean-up - House | | $1,200.00 | $1,200.00 | $1,200.00 | Gentry Pending | $0.00 | |
| ...and Replace Gutters, m&l | | 535.00 | $  535.00 | $880.00 | Holden | -$535.00 | |
| **Hard Cost Total** | | **$319,741.25** | **$358,575.82** | | | **-$47,044.57** | |
| **SOFT COSTS** | | | | | | | |
| **LAND ACQUISITION** | | | | | | | |
| Land Cost + closing agent fee | | | | | | | |
| **BUILDER COSTS/Profit** | | | | | | | |
| Construction Drawings | | | | | | | |
| Builders Insurance/Builders Risk | | | | | | $5,500.00 | change order fence, not included in cost breakdown expenses as this was subcontracted completely to Carlos |
| | | | | | | $  -$16,037.67 | |

| | |
|---|---|
| Builder Labor Fees/Profit | |
| Project Manager Fee | |
| General Contractor Overhead | $3,000.00 |
| General Contractor Fee | $31,974.13 |
| Congency Fee/General Contractor Profit | |
| Warranty Fee | |
| **Total** | **$354,715.38** |
| SALES TAX per COUNTY | |
| Overages Total (after allowances for change orders paid) | $16,037.67 |
| **GRAND TOTAL** | **$370,753.05** |
| $ per SQ FT LIVING (Finished) | **$144.54** |

REQUESTED DRAW REQUEST DISBURSEMENTS PER CONSTRUCTION STAGES IN CONTRACT

| | | |
|---|---|---|
| 1. DOWN PAYMENT (on original $211K approx. Contract sum) (PAID) | $21,111.82 | pymnt |
| 2. DEMO COMPLETE AND START OF FOUNDATION WORK (PAID) | $60,000.00 | pymnt |
| 3. FOUNDATION COMPLETE/FRAMING START (PAID) | $60,000.00 | pymnt |
| 4. FRAMING COMPLETE/ROUGH INS FOR ELECTRIC AND PLUMBING AND HVAC START (PAID) | $80,000.00 | pymnt |
| 5. ROUGH INS COMPLETE/DRYWALL START (PAID) | $50,000.00 | pymnt |
| 6. DRYWALL COMPLETE/START OF FINISH, WALLS, CABS, COUNTERTOPS, PLUMBING AND ELECTRICAL FIXTURES ETC | $40,000.00 | pymnt |
| 7. Final Interim Payment) | $20,000.00 | pymnt |
| *Subtotal Paid* | *$331,111.82* | |
| BALANCE (DUE) | $39,641.23 | |
| **TOTAL CONTRACT PRICE AS ADJUSTED** | **$370,753.05** | |

AMENDED COST BREAKDOWN AGREED TO THIS 22nd Day of June, 2022

*** Any unsed allowances or item(s) purchased by Owner will be credited to the
contract amount) - all other contract terms remain the same*

Signature(s)

Chrisler Harper

Randee Harvel

Clint Sadler - Contractor